# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ETHAN E. SILVERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL INC., JOSÉ E. ALMEIDA, JAMES K. SACCARO, and BRIAN C. STEVENS,<br><br>Defendants. | Case No. 1:19-cv-07786<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**MOTION OF VARMA MUTUAL PENSION INSURANCE COMPANY AND LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Putative class members Varma Mutual Pension Insurance Company ("Varma") and Louisiana Municipal Police Employees' Retirement System ("LAMPERS") hereby move this Court for entry of an Order: (1) appointing Varma and LAMPERS as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving their selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Varma and LAMPERS believe they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Varma and LAMPERS believe they have the "largest financial interest" in the relief sought by the class in this action by virtue of, among other things, the significant losses Varma and LAMPERS suffered in connection with their transactions in Baxter International Inc. common stock. Varma and LAMPERS also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other class members' claims and because they will fairly and adequately represent the interests of the class. Moreover, Varma and LAMPERS are a paradigmatic Lead Plaintiff under the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

---

[1] The PSLRA provides that within sixty days after publication of the required notice, any member or group of members of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Varma and LAMPERS cannot determine who the competing lead plaintiff candidates are at this time. As a result, counsel for Varma and LAMPERS have been unable to meet and confer with opposing counsel as prescribed in the Court's case procedures, and Varma and LAMPERS respectfully request that the pre-motion meet and confer requirement be waived for this motion.

Varma and LAMPERS respectfully request oral argument.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Avi Josefson and exhibits annexed thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Varma and LAMPERS respectfully request that the Court: (1) appoint Varma and LAMPERS as Lead Plaintiff; (2) approve their selection of Kessler Topaz and Bernstein Litowitz as Lead Counsel for the class; and (3) grant such other relief as the Court may deem just and proper.

Dated:  January 24, 2020

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

*/s/ Avi Josefson*
Avi Josefson (Bar No. 672453)
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

Gerald H. Silk
Michael D. Blatchley
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff Louisiana Municipal Police Employees' Retirement System and Proposed Co-Lead Counsel for the Class*

2

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com

*Counsel for Proposed Lead Plaintiff Varma Mutual Pension Insurance Company and Proposed Co-Lead Counsel for the Class*

3