**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ETHAN E. SILVERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BAXTER INTERNATIONAL INC., JOSÉ E. ALMEIDA, JAMES K. SACCARO, and BRIAN C. STEVENS,<br><br>        Defendants. | Case No. 1:19-cv-07786<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**DECLARATION OF AVI JOSEFSON IN SUPPORT OF THE MOTION OF
VARMA MUTUAL PENSION INSURANCE COMPANY AND LOUISIANA
MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Avi Josefson, declare as follows:

1.      I am a member in good standing of the bars of the State of Illinois and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I submit this Declaration in support of the Motion of Varma Mutual Pension Insurance Company ("Varma") and Louisiana Municipal Police Employees' Retirement System ("LAMPERS") for entry of an Order: (1) appointing Varma and LAMPERS as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving their selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") and Bernstein Litowitz as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:      Sworn Certifications of Varma and LAMPERS, pursuant to the PSLRA;

Exhibit B:      Charts of Varma's and LAMPERS's transactions and losses in Baxter International Inc. common stock during the Class Period;

Exhibit C:      Joint Declaration of Elli Sistonen and Ben Huxen in Support of the Motion of Varma Mutual Pension Insurance Company and Louisiana Municipal Police Employees' Retirement System for Appointment as Lead Plaintiff and Approval of Selection of Counsel;

Exhibit D:      Notice of pendency of *Silverman v. Baxter International Inc., et al.*, No. 1:19-cv-07786 (N.D. Ill.), published by *PRNewswire*, dated November 25, 2019;

1

Exhibit E:     Firm Résumé of Kessler Topaz; and

Exhibit F:     Firm Résumé of Bernstein Litowitz.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  January 24, 2020                    */s/ Avi Josefson*
                                            Avi Josefson (Bar No. 672453)