# EXHIBIT A

## CERTIFICATION

Varma Mutual Pension Insurance Company ("Varma" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.     Plaintiff's Class Period purchase and sale transactions in Baxter International Inc. securities that are the subject of this action are attached in Schedule A.

4.     Varma has full power and authority to bring suit to recover for its investment losses.

5.     Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.     We, Esa-Ville Ylätupa and Elli Sistonen, are authorized to make legal decisions on behalf of Varma.

7.     Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.     Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.     Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this ___17___ day of January 2020.

**Varma Mutual Pension Insurance Company**

By: _____
Esa-Ville Ylätupa
*Director, Investments Legal and Compliance*

By: _____
Elli Sistonen
*Legal Counsel, Investments Legal and Compliance*

**SCHEDULE A**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 9/17/2019 | 50,000 | $88.10 |
| Common Stock | Sell | 3/8/2019 | 50,000 | $73.93 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Ben Huxen, on behalf Louisiana Municipal Police Employees' Retirement System ("LAMPERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director and General Counsel of LAMPERS. I have reviewed a complaint in this matter. LAMPERS has authorized the filing of this motion for appointment as lead plaintiff.

2. LAMPERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. LAMPERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. LAMPERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. LAMPERS's transactions in the Baxter International Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. LAMPERS has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. LAMPERS will not accept any payment for serving as a representative party on behalf of the Class beyond LAMPERS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of January, 2020.

Ben Huxen
Executive Director and General Counsel
*Louisiana Municipal Police Employees'*
*Retirement System*

**Louisiana Municipal Police Employees' Retirement System
Transactions in Baxter International Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/26/2019 | 892 | $74.6559 |
| Purchase | 4/29/2019 | 1,117 | $75.2000 |
| Purchase | 5/1/2019 | 250 | $75.4500 |
| Purchase | 8/15/2019 | 1,575 | $86.3854 |
| Purchase | 8/22/2019 | 10,478 | $87.4516 |
| Purchase | 9/30/2019 | 200 | $86.1500 |
| Purchase | 10/23/2019 | 1,774 | $87.6852 |
| Purchase | 10/23/2019 | 3,062 | $87.7127 |
| Purchase | 10/23/2019 | 5,467 | $87.9144 |
| Purchase | 10/23/2019 | 446 | $88.0576 |
| Purchase | 10/23/2019 | 235 | $88.1550 |
| Purchase | 2/26/2019 | 892 | $74.6559 |
| Sale | 3/18/2019 | (50) | $76.9500 |