# EXHIBIT B

**Varma Mutual Pension Insurance Company**
**LIFO Losses in Baxter International Inc.**
Class Period: 2/21/2019 - 10/23/2019

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 150,000 | | | Sale | 3/8/2019 | 50,000 | $73.93 | $3,696,295.00 |
| | | | | | Sale* | 10/28/2019 | 20,000 | $78.13 | $1,562,634.00 |
| | | | | | Sale* | 11/5/2019 | 80,000 | $77.57 | $6,205,640.00 |
| | | | | | *Sales offsetting opening balance:* | | 150,000 | | $11,464,569.00 |
| Purchase | 9/17/2019 | 50,000 | $88.10 | $4,405,100.00 | Sale* | 10/28/2019 | 50,000 | $78.13 | $3,906,585.00 |
| | | 50,000 | | $4,405,100.00 | | | 50,000 | | $3,906,585.00 |
| | | | | | | *LIFO loss:* | | | ($498,515.00) |

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.

**Louisiana Municipal Police Employees' Retirement System**
**LIFO Losses in Baxter International Inc.**
Class Period: 2/21/2019 - 10/23/2019
Retained Shares Valued At          $82.65

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 5,522 | | | | | | | |
| | | | | | *Sales offsetting opening balance:* | | 0 | | $0.00 |
| Purchase | 2/26/2019 | 892 | $74.66 | $66,593.06 | Sale | 3/18/2019 | 50 | $76.95 | $3,847.50 |
| Purchase | 4/29/2019 | 1,117 | $75.20 | $83,998.40 | Sale* | 11/27/2019 | 2,398 | $82.34 | $197,447.72 |
| Purchase | 5/1/2019 | 250 | $75.45 | $18,862.50 | Retained Shares | | 23,048 | $82.65 | $1,904,898.76 |
| Purchase | 8/15/2019 | 1,575 | $86.39 | $136,057.01 | | | | | |
| Purchase | 8/22/2019 | 10,478 | $87.45 | $916,317.86 | | | | | |
| Purchase | 9/30/2019 | 200 | $86.15 | $17,230.00 | | | | | |
| Purchase | 10/23/2019 | 1,774 | $87.69 | $155,553.54 | | | | | |
| Purchase | 10/23/2019 | 3,062 | $87.71 | $268,576.29 | | | | | |
| Purchase | 10/23/2019 | 5,467 | $87.91 | $480,628.02 | | | | | |
| Purchase | 10/23/2019 | 446 | $88.06 | $39,273.69 | | | | | |
| Purchase | 10/23/2019 | 235 | $88.16 | $20,716.43 | | | | | |
| | | 25,496 | | $2,203,806.80 | | | 25,496 | | $2,106,193.98 |
| | | | | | | *LIFO loss:* | | | ($97,612.82) |

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.