# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ETHAN E. SILVERMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-07786 |
| Plaintiff, | District Judge Sara L. Ellis |
| v. | Magistrate Judge Jeffrey I. Cummings |
| BAXTER INTERNATIONAL INC., JOSÉ E. ALMEIDA, JAMES K. SACCARO, and BRIAN C. STEVENS, | |
| Defendants. | |

**ORDER GRANTING THE MOTION OF VARMA MUTUAL PENSION INSURANCE COMPANY AND LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

Having considered the Motion of Varma Mutual Pension Insurance Company ("Varma") and Louisiana Municipal Police Employees' Retirement System ("LAMPERS") for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Varma and LAMPERS are appointed to serve as Lead Plaintiff in the above-captioned action and all related actions consolidated in accordance with paragraph five of this Order.

3. Pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), as amended by the PSLRA, Varma and LAMPERS's selection of Lead Counsel is approved, and Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP are appointed as Lead Counsel for the class. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Lead Counsel shall have the following responsibilities:

    a. to brief and argue motions;

    b. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

   c. to direct and coordinate the examination of witnesses in depositions;

   d. to act as spokesperson at pretrial conferences;

   e. to initiate and conduct any settlement negotiations with Defendants' counsel;

   f. to be the contact among plaintiffs' counsel and to direct and coordinate the activities of plaintiffs' counsel;

   g. to consult with and employ experts; and

   h. to perform such other duties as may be expressly authorized by further order of this Court.

  4. No motions, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel.

  5. In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are consolidated for all purposes.

  6. This action will be captioned "*In re Baxter International Inc. Securities Litigation*," and the file shall be maintained under Master File No. 1:19-cv-07786.

IT IS SO ORDERED.

Dated: 1/31/2020_____     _____
                THE HONORABLE SARA L. ELLIS
                UNITED STATES DISTRICT JUDGE