## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Ben Huxen, on behalf of the court appointed Lead Plaintiff Louisiana Municipal Police Employees' Retirement System ("LAMPERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director and General Counsel of LAMPERS. I have reviewed the Class Action Complaint in this matter and authorize its filing by counsel.

2. LAMPERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. LAMPERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. LAMPERS's transactions in the Baxter International Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. LAMPERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Baxter International Inc. Securities Litigation*, No. 19-cv-07786 (N.D. Ill.)

6. LAMPERS will not accept any payment for serving as a representative party on behalf of the Class beyond LAMPERS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of June, 2020.

Benjamin A. Huxen II
Executive Director and General Counsel
*Louisiana Municipal Police Employees'*
*Retirement System*

**Louisiana Municipal Police Employees' Retirement System
Transactions in Baxter International Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/26/2019 | 892 | $74.6559 |
| Purchase | 4/29/2019 | 1,117 | $75.2000 |
| Purchase | 5/1/2019 | 250 | $75.4500 |
| Purchase | 8/15/2019 | 1,575 | $86.3854 |
| Purchase | 8/22/2019 | 10,478 | $87.4516 |
| Purchase | 9/30/2019 | 200 | $86.1500 |
| Purchase | 10/23/2019 | 1,774 | $87.6852 |
| Purchase | 10/23/2019 | 3,062 | $87.7127 |
| Purchase | 10/23/2019 | 5,467 | $87.9144 |
| Purchase | 10/23/2019 | 446 | $88.0576 |
| Purchase | 10/23/2019 | 235 | $88.1550 |
| Sale | 3/18/2019 | (50) | $76.9500 |