## CERTIFICATION

Varma Mutual Pension Insurance Company ("Varma" or "Lead Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Lead Plaintiff did not purchase the securities that are the subject of this action at the direction of Lead Plaintiff's counsel or in order to participate in any private action.

2. Lead Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Lead Plaintiff's Class Period purchase and sale transactions in Baxter International Inc. securities that are the subject of this action are attached in Schedule A.

4. Varma has full power and authority to bring suit to recover for its investment losses.

5. Lead Plaintiff has fully reviewed the facts and allegations of the Class Action Complaint and Demand for Jury Trial and authorizes its filing.

6. We, Esa-Ville Ylätupa and Elli Sistonen, are authorized to make legal decisions on behalf of Varma.

7. Lead Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Lead Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Aside from this action, *In re Baxter International Inc. Securities Litigation*, No. 1:19-cv-07786 (N.D. Ill.), Lead Plaintiff has not sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10. Lead Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Lead Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

This document has been signed electronically with Signom signing service.

Date: June 24, 2020 16:13:33

**Varma Mutual Pension Insurance Company**

*Esa-Ville Ylätupa*

Esa-Ville Ylätupa

Entitled

Entitled to represent the company in accordance with the signing policy:

'Entitled write the company name two together or each separately together with a board member.'

**Strong identification:**

June 10, 2020 09:22:41

Mobile Id

**Company information:**

June 24, 2020 16:13:33

National Board of Patents and Registration Finland

Date: June 24, 2020 16:16:11

**Varma Mutual Pension Insurance Company**

*Elli Sistonen*

Elli Sistonen

Entitled

Entitled to represent the company in accordance with the signing policy:

'Entitled write the company name two together or each separately together with a board member.'

**Identification:**

May 04, 2020 10:32:29

Netbank authentication

**Company information:**

June 24, 2020 16:16:11

National Board of Patents and Registration Finland



## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|----------|----------|------|----------|-------|
| Common Stock | Buy | 9/17/2019 | 50,000 | $88.10 |
| Common Stock | Sell | 3/8/2019 | 50,000 | $73.93 |