**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**DECLARATION OF WHITNEY B. WEBER IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS CLASS ACTION COMPLAINT**

I, Whitney B. Weber, declare as follows:

1.      I am an attorney with the law firm of Latham & Watkins LLP, and counsel of record for Defendants Baxter International Inc. ("Baxter"), José Almeida and James Saccaro ("Defendants").  I am a member in good standing with the State Bar of Illinois and admitted to practice in the Northern District of Illinois.  I submit this declaration in support of the accompanying Motion to Dismiss Plaintiffs' Class Action Complaint.  I have personal knowledge of the facts set forth herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Baxter's Proxy Statement, filed with the U.S. Securities and Exchange Commission ("SEC") on March 17, 2020.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Baxter's Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on February 21, 2019.

1

4.     Attached hereto as Exhibit 3 is a true and correct copy of Baxter's Form 10-K for the fiscal year ended December 31, 2019, which also includes restated financial statements for fiscal years ending December 31, 2017 and December 31, 2018, filed with the SEC on March 17, 2020.

5.     Attached hereto as Exhibit 4 is a true and correct copy of  PricewaterhouseCoopers LLP's 2019 Foreign Currency Guide, last updated June 2019, and available at https://www.pwc.com/us/en/cfodirect/assets/pdf/accounting-guides/pwc-guide-foreign-currency.pdf.

6.     Attached hereto as Exhibit 5 is a true and correct copy of Baxter's Form 8-K, filed with the SEC on October 24, 2019, attaching Baxter's October 24, 2019 Press Release.

7.     Attached hereto as Exhibit 6 is a true and correct copy of Baxter's Form 8-K, filed with the SEC on February 13, 2020.

8.     Attached hereto as Exhibit 7 is a true and correct copy of Baxter's historical share prices from February 21, 2019 through March 18, 2020, which is publicly available and was downloaded directly from the Yahoo! Finance webpage at https://finance.yahoo.com/quote/BAX/history?period1=1550707200&period2=1584576000&interval=1d&filter=history&frequency=1d, on August 24, 2020.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 24th day of August, 2020 in Colorado Springs, Colorado.

_____
Whitney B. Weber

2