**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**INDEX OF EXHIBITS ATTACHED TO DECLARATION OF WHITNEY B. WEBER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT**

| Exhibit | Description |
|---|---|
| 1. | Baxter International Inc.'s ("Baxter") Proxy Statement, filed with the U.S. Securities and Exchange Commission ("SEC") on March 17, 2020 |
| 2. | Baxter's Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on February 21, 2019 |
| 3. | Baxter's Form 10-K for the fiscal year ended December 31, 2019, which also includes restated financial statements for fiscal years ending December 31, 2017 and December 31, 2018, filed with the SEC on March 17, 2020 |
| 4. | PricewaterhouseCoopers LLP's 2019 Foreign Currency Guide, last updated June 2019 |
| 5. | Baxter's Form 8-K, filed with the SEC on October 24, 2019, attaching Baxter's October 24, 2019 Press Release |
| 6. | Baxter's Form 8-K, filed with the SEC on February 13, 2020 |
| 7. | Baxter's historical share prices from February 21, 2019 through March 18, 2020 |