# Exhibit 7

## Baxter International Inc. (BAX)
NYSE - NYSE Delayed Price. Currency in USD

☆ Add to watchlist     👥 Visitors trend   2W ↓   10W ↑   9M ↑     Quote Lookup

**83.85** +0.76 (+0.91%)     **83.47** -0.38 (-0.45%)
At close: 4:00PM EDT      After hours: 5:04PM EDT

Summary    Company Outlook 🔒    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Today's Refinance Rate
**2.42%**
APR 15 Year Fixed

Select Loan Amount
$
**$225,000**

Time Period: Feb 20, 2019 - Mar 18, 2020 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

Currency in USD       ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 18, 2020 | 76.20 | 85.22 | 75.95 | 84.59 | 84.36 | 7,524,300 |
| Mar 17, 2020 | 73.36 | 81.28 | 72.88 | 80.51 | 80.29 | 5,921,700 |
| Mar 16, 2020 | 72.66 | 77.14 | 69.10 | 71.57 | 71.38 | 4,351,900 |
| Mar 13, 2020 | 78.55 | 81.32 | 73.59 | 80.99 | 80.77 | 5,774,200 |
| Mar 12, 2020 | 73.10 | 77.26 | 71.28 | 75.47 | 75.27 | 6,982,400 |
| Mar 11, 2020 | 80.92 | 81.90 | 76.38 | 77.97 | 77.76 | 3,652,900 |
| Mar 10, 2020 | 80.51 | 83.31 | 78.73 | 82.98 | 82.76 | 3,490,500 |
| Mar 09, 2020 | 80.65 | 81.73 | 78.10 | 78.40 | 78.19 | 4,109,100 |
| Mar 06, 2020 | 85.09 | 86.19 | 82.95 | 85.38 | 85.15 | 3,442,800 |
| Mar 05, 2020 | 89.04 | 89.94 | 86.42 | 87.65 | 87.41 | 3,821,800 |
| Mar 04, 2020 | 87.26 | 91.14 | 87.09 | 91.06 | 90.81 | 4,342,500 |
| Mar 03, 2020 | 86.92 | 88.98 | 84.56 | 85.91 | 85.68 | 3,240,700 |
| Mar 02, 2020 | 83.37 | 87.23 | 82.90 | 87.18 | 86.94 | 3,370,100 |
| Feb 28, 2020 | 81.81 | 83.59 | 80.59 | 83.47 | 83.24 | 4,659,600 |
| Feb 27, 2020 | 85.25 | 87.02 | 84.23 | 84.27 | 84.04 | 3,004,200 |
| Feb 27, 2020 | | | | **0.22** Dividend | | |
| Feb 26, 2020 | 87.79 | 88.70 | 86.88 | 87.03 | 86.57 | 3,126,900 |
| Feb 25, 2020 | 89.82 | 90.23 | 86.20 | 86.99 | 86.54 | 2,620,400 |
| Feb 24, 2020 | 90.77 | 91.33 | 89.19 | 89.53 | 89.06 | 2,380,600 |
| Feb 21, 2020 | 92.67 | 93.16 | 92.24 | 92.67 | 92.19 | 1,529,500 |
| Feb 20, 2020 | 93.10 | 93.50 | 92.41 | 93.06 | 92.57 | 1,778,200 |

Case: 1:19-cv-07786 Document #: 41-9 Filed: 08/24/20 Page 3 of 9 PageID #:1564

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb 19, 2020 | 92.36 | 93.57 | 92.21 | 93.16 | 92.67 | 1,616,300 |
| Feb 18, 2020 | 92.59 | 92.65 | 91.04 | 92.22 | 91.74 | 1,820,600 |
| Feb 14, 2020 | 92.90 | 93.43 | 91.90 | 93.14 | 92.65 | 1,740,200 |
| Feb 13, 2020 | 91.36 | 92.89 | 90.99 | 92.57 | 92.09 | 2,146,100 |
| Feb 12, 2020 | 91.86 | 92.19 | 91.11 | 91.43 | 90.95 | 1,590,900 |
| Feb 11, 2020 | 91.83 | 92.30 | 91.42 | 91.85 | 91.37 | 1,706,500 |
| Feb 10, 2020 | 90.70 | 91.39 | 90.25 | 91.28 | 90.80 | 2,597,700 |
| Feb 07, 2020 | 92.71 | 92.96 | 91.18 | 91.25 | 90.77 | 2,306,000 |
| Feb 06, 2020 | 93.90 | 95.00 | 92.75 | 93.30 | 92.81 | 3,888,400 |
| Feb 05, 2020 | 91.33 | 91.65 | 90.45 | 91.31 | 90.83 | 3,185,000 |
| Feb 04, 2020 | 90.66 | 91.62 | 90.07 | 90.87 | 90.39 | 2,213,300 |
| Feb 03, 2020 | 89.98 | 90.64 | 89.65 | 89.69 | 89.22 | 1,498,500 |
| Jan 31, 2020 | 90.28 | 90.32 | 89.05 | 89.22 | 88.75 | 1,796,500 |
| Jan 30, 2020 | 89.85 | 90.70 | 89.27 | 90.64 | 90.17 | 1,608,500 |
| Jan 29, 2020 | 90.71 | 91.17 | 90.48 | 90.50 | 90.03 | 1,548,200 |
| Jan 28, 2020 | 90.70 | 90.94 | 90.26 | 90.55 | 90.08 | 1,952,200 |
| Jan 27, 2020 | 89.68 | 90.96 | 89.12 | 90.53 | 90.06 | 2,222,400 |
| Jan 24, 2020 | 91.24 | 91.47 | 90.51 | 90.78 | 90.31 | 1,610,800 |
| Jan 23, 2020 | 91.03 | 91.43 | 90.53 | 91.10 | 90.62 | 2,129,400 |
| Jan 22, 2020 | 91.61 | 91.86 | 90.58 | 91.16 | 90.68 | 2,815,400 |
| Jan 21, 2020 | 89.52 | 91.87 | 89.31 | 91.07 | 90.59 | 4,284,900 |
| Jan 17, 2020 | 89.84 | 89.93 | 89.21 | 89.73 | 89.26 | 4,474,900 |
| Jan 16, 2020 | 90.00 | 90.00 | 89.32 | 89.99 | 89.52 | 2,243,900 |
| Jan 15, 2020 | 89.20 | 89.95 | 88.69 | 89.56 | 89.09 | 2,561,000 |
| Jan 14, 2020 | 88.76 | 89.27 | 87.89 | 89.21 | 88.74 | 3,836,300 |
| Jan 13, 2020 | 87.47 | 90.30 | 87.10 | 89.37 | 88.90 | 5,007,700 |
| Jan 10, 2020 | 86.97 | 87.05 | 85.65 | 85.90 | 85.45 | 3,118,900 |
| Jan 09, 2020 | 86.61 | 87.08 | 85.86 | 86.54 | 86.09 | 2,098,900 |
| Jan 08, 2020 | 85.61 | 86.99 | 85.54 | 86.73 | 86.28 | 3,576,600 |
| Jan 07, 2020 | 84.71 | 85.93 | 84.70 | 85.49 | 85.04 | 4,803,200 |
| Jan 06, 2020 | 85.30 | 85.59 | 84.15 | 85.29 | 84.84 | 3,500,000 |
| Jan 03, 2020 | 84.48 | 85.76 | 84.39 | 85.50 | 85.05 | 1,871,700 |
| Jan 02, 2020 | 85.00 | 85.87 | 84.18 | 85.87 | 85.42 | 2,957,800 |
| Dec 31, 2019 | 83.38 | 83.66 | 83.15 | 83.62 | 83.18 | 1,292,700 |
| Dec 30, 2019 | 84.10 | 84.22 | 83.07 | 83.43 | 82.99 | 866,300 |
| Dec 27, 2019 | 84.57 | 84.57 | 83.93 | 84.05 | 83.61 | 798,100 |
| Dec 26, 2019 | 84.85 | 84.91 | 83.86 | 84.33 | 83.89 | 838,600 |

Case: 1:19-cv-07786 Document #: 41-9 Filed: 08/24/20 Page 4 of 9 PageID #:1565

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 24, 2019 | 84.52 | 84.78 | 84.15 | 84.69 | 84.25 | 628,600 |
| Dec 23, 2019 | 82.79 | 84.66 | 82.50 | 84.52 | 84.08 | 2,201,600 |
| Dec 20, 2019 | 82.50 | 82.97 | 82.25 | 82.49 | 82.06 | 3,904,900 |
| Dec 19, 2019 | 83.61 | 83.68 | 82.10 | 82.22 | 81.79 | 2,814,900 |
| Dec 18, 2019 | 83.33 | 83.76 | 82.99 | 83.66 | 83.22 | 3,911,300 |
| Dec 17, 2019 | 82.68 | 83.27 | 81.28 | 83.25 | 82.81 | 3,486,000 |
| Dec 16, 2019 | 84.52 | 84.69 | 83.68 | 83.86 | 83.42 | 2,870,200 |
| Dec 13, 2019 | 83.64 | 84.04 | 83.18 | 83.96 | 83.52 | 1,836,600 |
| Dec 12, 2019 | 83.15 | 83.81 | 82.74 | 83.51 | 83.07 | 2,319,600 |
| Dec 11, 2019 | 82.45 | 83.13 | 82.06 | 83.01 | 82.58 | 2,939,200 |
| Dec 10, 2019 | 80.82 | 82.51 | 80.63 | 82.29 | 81.86 | 3,200,500 |
| Dec 09, 2019 | 83.13 | 83.13 | 81.40 | 81.55 | 81.12 | 2,988,400 |
| Dec 06, 2019 | 82.81 | 83.53 | 82.77 | 83.17 | 82.74 | 2,005,500 |
| Dec 05, 2019 | 82.24 | 82.67 | 81.64 | 82.48 | 82.05 | 1,454,700 |
| Dec 05, 2019 | | | **0.22** Dividend | | | |
| Dec 04, 2019 | 81.18 | 82.61 | 81.18 | 82.43 | 81.78 | 1,928,100 |
| Dec 03, 2019 | 81.30 | 81.61 | 80.52 | 81.01 | 80.37 | 1,657,600 |
| Dec 02, 2019 | 82.10 | 82.42 | 81.15 | 81.86 | 81.21 | 1,929,500 |
| Nov 29, 2019 | 82.21 | 82.87 | 81.90 | 81.97 | 81.32 | 854,300 |
| Nov 27, 2019 | 81.91 | 82.62 | 81.75 | 82.46 | 81.81 | 1,374,800 |
| Nov 26, 2019 | 82.15 | 82.83 | 81.83 | 82.01 | 81.36 | 3,778,900 |
| Nov 25, 2019 | 82.54 | 82.74 | 81.87 | 82.04 | 81.39 | 2,271,100 |
| Nov 22, 2019 | 82.03 | 82.25 | 81.64 | 82.02 | 81.37 | 3,072,500 |
| Nov 21, 2019 | 81.85 | 82.43 | 81.33 | 82.25 | 81.60 | 2,243,900 |
| Nov 20, 2019 | 81.46 | 82.24 | 81.35 | 82.00 | 81.35 | 3,250,900 |
| Nov 19, 2019 | 81.21 | 81.93 | 80.74 | 81.67 | 81.03 | 2,310,700 |
| Nov 18, 2019 | 81.24 | 81.88 | 80.85 | 81.12 | 80.48 | 2,556,100 |
| Nov 15, 2019 | 80.54 | 81.51 | 80.54 | 81.44 | 80.80 | 2,030,400 |
| Nov 14, 2019 | 80.72 | 81.01 | 80.43 | 80.74 | 80.10 | 1,995,300 |
| Nov 13, 2019 | 80.80 | 81.13 | 80.13 | 80.88 | 80.24 | 3,788,300 |
| Nov 12, 2019 | 79.23 | 80.85 | 79.00 | 80.10 | 79.47 | 4,688,100 |
| Nov 11, 2019 | 78.32 | 79.35 | 78.20 | 78.86 | 78.24 | 3,040,500 |
| Nov 08, 2019 | 77.78 | 78.67 | 77.68 | 78.51 | 77.89 | 3,037,500 |
| Nov 07, 2019 | 77.95 | 78.31 | 77.50 | 78.00 | 77.39 | 3,535,500 |
| Nov 06, 2019 | 77.56 | 78.63 | 77.32 | 78.37 | 77.75 | 3,214,900 |
| Nov 05, 2019 | 78.04 | 78.04 | 77.11 | 77.48 | 76.87 | 2,638,000 |
| Nov 04, 2019 | 78.21 | 78.49 | 77.13 | 77.83 | 77.22 | 3,026,000 |

Case: 1:19-cv-07786 Document #: 41-9 Filed: 08/24/20 Page 5 of 9 PageID #:1566

| Finance Home | 2020 Election | Watchlists | My Portfolio | Screeners | Premium 📊 | Markets | News | | ⋯ | Premium - Try it free |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Nov 01, 2019 | 77.12 | 78.39 | 77.04 | 77.91 | 77.30 | 5,046,700 |
| Oct 31, 2019 | 76.87 | 77.04 | 76.42 | 76.70 | 76.10 | 4,535,700 |
| Oct 30, 2019 | 77.93 | 77.98 | 76.23 | 76.88 | 76.27 | 5,089,500 |
| Oct 29, 2019 | 77.76 | 78.32 | 77.06 | 77.86 | 77.25 | 2,965,900 |
| Oct 28, 2019 | 77.35 | 78.92 | 77.01 | 77.85 | 77.24 | 3,658,800 |
| Oct 25, 2019 | 77.14 | 77.97 | 75.67 | 77.28 | 76.67 | 9,896,900 |
| Oct 24, 2019 | 79.50 | 82.17 | 77.03 | 79.08 | 78.46 | 12,806,500 |
| Oct 23, 2019 | 87.29 | 88.34 | 87.29 | 87.95 | 87.26 | 2,784,800 |
| Oct 22, 2019 | 88.58 | 88.71 | 86.99 | 87.04 | 86.35 | 1,475,400 |
| Oct 21, 2019 | 88.48 | 89.10 | 88.36 | 88.45 | 87.75 | 1,694,200 |
| Oct 18, 2019 | 87.63 | 88.27 | 87.50 | 87.99 | 87.30 | 1,769,400 |
| Oct 17, 2019 | 87.50 | 88.15 | 87.17 | 87.85 | 87.16 | 1,529,200 |
| Oct 16, 2019 | 87.25 | 88.06 | 86.37 | 87.02 | 86.33 | 2,301,700 |
| Oct 15, 2019 | 87.67 | 87.96 | 87.02 | 87.74 | 87.05 | 1,350,200 |
| Oct 14, 2019 | 88.00 | 88.31 | 87.13 | 87.20 | 86.51 | 1,632,100 |
| Oct 11, 2019 | 88.50 | 89.00 | 87.88 | 88.03 | 87.34 | 2,283,400 |
| Oct 10, 2019 | 86.37 | 87.99 | 86.37 | 87.61 | 86.92 | 2,691,400 |
| Oct 09, 2019 | 85.79 | 87.18 | 85.79 | 86.90 | 86.21 | 2,214,200 |
| Oct 08, 2019 | 85.32 | 86.00 | 84.68 | 85.01 | 84.34 | 2,497,900 |
| Oct 07, 2019 | 86.23 | 86.50 | 85.76 | 85.79 | 85.11 | 1,205,200 |
| Oct 04, 2019 | 85.82 | 86.68 | 85.49 | 86.64 | 85.96 | 1,319,300 |
| Oct 03, 2019 | 84.00 | 85.54 | 83.48 | 85.24 | 84.57 | 3,113,100 |
| Oct 02, 2019 | 85.52 | 85.76 | 83.76 | 84.23 | 83.57 | 2,129,100 |
| Oct 01, 2019 | 87.64 | 87.94 | 85.82 | 85.91 | 85.23 | 1,991,500 |
| Sep 30, 2019 | 86.15 | 87.89 | 86.09 | 87.47 | 86.78 | 2,801,100 |
| Sep 27, 2019 | 87.92 | 87.92 | 85.71 | 85.93 | 85.25 | 2,169,800 |
| Sep 26, 2019 | 87.36 | 87.97 | 87.11 | 87.73 | 87.04 | 2,657,800 |
| Sep 25, 2019 | 86.35 | 86.90 | 86.25 | 86.80 | 86.12 | 1,883,300 |
| Sep 24, 2019 | 87.00 | 87.68 | 85.96 | 86.45 | 85.77 | 2,675,300 |
| Sep 23, 2019 | 87.38 | 87.56 | 86.60 | 86.84 | 86.16 | 3,625,100 |
| Sep 20, 2019 | 87.70 | 88.41 | 87.10 | 87.40 | 86.71 | 10,427,500 |
| Sep 19, 2019 | 87.38 | 88.18 | 87.14 | 87.46 | 86.77 | 1,683,400 |
| Sep 18, 2019 | 87.69 | 88.21 | 86.79 | 87.44 | 86.75 | 1,807,200 |
| Sep 17, 2019 | 87.22 | 88.23 | 86.51 | 87.57 | 86.88 | 1,960,200 |
| Sep 16, 2019 | 86.56 | 87.72 | 86.55 | 86.92 | 86.23 | 1,765,500 |
| Sep 13, 2019 | 87.76 | 88.22 | 86.76 | 86.93 | 86.24 | 1,869,200 |
| Sep 12, 2019 | 87.30 | 88.22 | 87.10 | 87.82 | 87.13 | 1,948,500 |

| Finance Home | 2020 Election | Watchlists | My Portfolio | Screeners | Premium 🔒 | Markets | News | | ⋯ | Premium - Try it free |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Sep 11, 2019 | 85.72 | 87.70 | 85.72 | 86.71 | 86.03 | 2,585,300 |
| Sep 10, 2019 | 86.76 | 87.23 | 84.46 | 85.91 | 85.23 | 3,847,500 |
| Sep 09, 2019 | 89.66 | 89.81 | 87.04 | 87.20 | 86.51 | 2,838,000 |
| Sep 06, 2019 | 88.50 | 89.93 | 88.23 | 89.78 | 89.07 | 2,994,600 |
| Sep 05, 2019 | 88.12 | 88.33 | 87.42 | 87.91 | 87.22 | 1,930,800 |
| Sep 04, 2019 | 88.39 | 88.41 | 87.00 | 87.50 | 86.81 | 1,653,000 |
| Sep 03, 2019 | 87.62 | 88.00 | 86.97 | 87.78 | 87.09 | 3,392,400 |
| Aug 30, 2019 | 88.02 | 88.21 | 87.33 | 87.95 | 87.26 | 3,789,700 |
| Aug 29, 2019 | 87.45 | 87.72 | 86.46 | 87.50 | 86.81 | 1,163,400 |
| Aug 29, 2019 | | | | **0.22** Dividend | | |
| Aug 28, 2019 | 86.08 | 87.26 | 86.02 | 86.93 | 86.03 | 1,285,400 |
| Aug 27, 2019 | 86.02 | 87.05 | 85.76 | 86.39 | 85.49 | 1,891,900 |
| Aug 26, 2019 | 85.78 | 86.02 | 84.99 | 85.77 | 84.88 | 1,918,800 |
| Aug 23, 2019 | 87.25 | 87.34 | 84.62 | 85.03 | 84.15 | 1,809,000 |
| Aug 22, 2019 | 87.34 | 87.79 | 86.64 | 87.21 | 86.30 | 1,485,400 |
| Aug 21, 2019 | 87.40 | 87.81 | 87.14 | 87.31 | 86.40 | 1,405,200 |
| Aug 20, 2019 | 88.18 | 88.48 | 86.93 | 86.97 | 86.07 | 1,665,600 |
| Aug 19, 2019 | 87.71 | 88.23 | 87.31 | 87.87 | 86.96 | 1,339,200 |
| Aug 16, 2019 | 86.31 | 87.41 | 86.10 | 86.97 | 86.07 | 1,583,100 |
| Aug 15, 2019 | 86.14 | 87.07 | 85.45 | 85.78 | 84.89 | 2,720,400 |
| Aug 14, 2019 | 87.01 | 87.35 | 85.78 | 85.84 | 84.95 | 2,448,700 |
| Aug 13, 2019 | 86.00 | 88.28 | 85.79 | 88.18 | 87.26 | 3,379,000 |
| Aug 12, 2019 | 85.88 | 86.81 | 85.40 | 85.60 | 84.71 | 2,052,900 |
| Aug 09, 2019 | 85.75 | 86.68 | 85.48 | 85.97 | 85.08 | 2,132,800 |
| Aug 08, 2019 | 83.77 | 85.80 | 83.64 | 85.74 | 84.85 | 2,310,800 |
| Aug 07, 2019 | 82.59 | 83.94 | 81.59 | 83.82 | 82.95 | 1,689,100 |
| Aug 06, 2019 | 82.38 | 83.43 | 81.66 | 83.41 | 82.54 | 1,781,700 |
| Aug 05, 2019 | 83.69 | 84.00 | 81.21 | 81.91 | 81.06 | 2,305,000 |
| Aug 02, 2019 | 84.77 | 85.44 | 83.77 | 84.70 | 83.82 | 1,573,800 |
| Aug 01, 2019 | 84.21 | 86.15 | 84.13 | 85.08 | 84.20 | 2,164,600 |
| Jul 31, 2019 | 85.89 | 86.10 | 83.29 | 83.97 | 83.10 | 2,768,800 |
| Jul 30, 2019 | 85.46 | 86.28 | 85.33 | 86.16 | 85.26 | 2,028,600 |
| Jul 29, 2019 | 85.20 | 86.02 | 85.16 | 85.97 | 85.08 | 1,987,900 |
| Jul 26, 2019 | 85.79 | 86.65 | 84.09 | 85.15 | 84.26 | 2,545,100 |
| Jul 25, 2019 | 85.16 | 86.12 | 83.81 | 85.16 | 84.27 | 4,909,900 |
| Jul 24, 2019 | 83.55 | 84.08 | 83.10 | 83.93 | 83.06 | 2,843,600 |
| Jul 23, 2019 | 82.84 | 83.56 | 82.56 | 83.30 | 82.43 | 1,741,400 |

Sponsored by





**People Also Watch**

Case: 1:19-cv-07786 Document #: 41-8 Filed: 08/24/20 Page 7 of 9 PageID #:1568

**Finance Home**    2020 Election    Watchlists    My Portfolio    Screeners    Premium 🛒    Markets    News     •••     Premium - Try it free

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jul 22, 2019 | 83.32 | 83.39 | 82.53 | 82.69 | 81.83 | 1,633,600 |
| Jul 19, 2019 | 83.41 | 83.79 | 82.57 | 83.10 | 82.24 | 2,838,700 |
| Jul 18, 2019 | 82.50 | 83.93 | 82.33 | 83.08 | 82.22 | 3,649,900 |
| Jul 17, 2019 | 82.50 | 82.73 | 81.86 | 82.65 | 81.79 | 2,427,700 |
| Jul 16, 2019 | 82.18 | 82.76 | 81.81 | 82.07 | 81.22 | 2,092,600 |
| Jul 15, 2019 | 81.78 | 82.18 | 81.26 | 82.01 | 81.16 | 1,732,800 |
| Jul 12, 2019 | 82.48 | 82.63 | 81.30 | 81.65 | 80.80 | 1,147,500 |
| Jul 11, 2019 | 82.60 | 82.85 | 81.66 | 82.53 | 81.67 | 1,988,300 |
| Jul 10, 2019 | 81.66 | 82.71 | 81.47 | 82.12 | 81.27 | 2,758,600 |
| Jul 09, 2019 | 81.45 | 82.50 | 81.14 | 81.40 | 80.55 | 1,835,200 |
| Jul 08, 2019 | 81.85 | 81.99 | 81.19 | 81.58 | 80.73 | 1,807,000 |
| Jul 05, 2019 | 81.62 | 82.14 | 81.30 | 82.01 | 81.16 | 1,296,800 |
| Jul 03, 2019 | 82.10 | 82.49 | 81.61 | 82.07 | 81.22 | 1,072,900 |
| Jul 02, 2019 | 81.67 | 81.74 | 80.83 | 81.71 | 80.86 | 1,826,700 |
| Jul 01, 2019 | 82.74 | 82.77 | 81.10 | 81.43 | 80.58 | 2,266,800 |
| Jun 28, 2019 | 81.99 | 82.03 | 81.36 | 81.90 | 81.05 | 5,095,100 |
| Jun 27, 2019 | 81.00 | 81.86 | 80.97 | 81.67 | 80.82 | 1,629,300 |
| Jun 26, 2019 | 81.64 | 81.94 | 79.42 | 80.62 | 79.78 | 2,373,100 |
| Jun 25, 2019 | 82.00 | 82.66 | 81.67 | 81.73 | 80.88 | 1,900,800 |
| Jun 24, 2019 | 82.47 | 82.64 | 81.88 | 82.27 | 81.41 | 1,617,800 |
| Jun 21, 2019 | 82.17 | 82.72 | 81.21 | 82.41 | 81.55 | 3,514,300 |
| Jun 20, 2019 | 81.95 | 82.80 | 81.35 | 82.04 | 81.19 | 2,845,500 |
| Jun 19, 2019 | 80.46 | 81.41 | 79.94 | 81.31 | 80.46 | 2,108,100 |
| Jun 18, 2019 | 79.61 | 80.63 | 79.13 | 80.56 | 79.72 | 3,411,800 |
| Jun 17, 2019 | 77.94 | 79.04 | 77.85 | 78.85 | 78.03 | 2,010,900 |
| Jun 14, 2019 | 78.46 | 78.92 | 77.80 | 77.93 | 77.12 | 1,580,700 |
| Jun 13, 2019 | 78.21 | 78.28 | 77.50 | 78.21 | 77.40 | 1,833,000 |
| Jun 12, 2019 | 77.73 | 78.25 | 77.59 | 77.97 | 77.16 | 1,721,900 |
| Jun 11, 2019 | 78.50 | 78.78 | 76.93 | 77.65 | 76.84 | 1,594,200 |
| Jun 10, 2019 | 78.06 | 78.44 | 77.87 | 78.17 | 77.36 | 1,386,000 |
| Jun 07, 2019 | 77.36 | 78.13 | 77.29 | 77.58 | 76.77 | 2,441,500 |
| Jun 06, 2019 | 76.77 | 77.37 | 76.41 | 76.85 | 76.05 | 2,378,900 |
| Jun 06, 2019 | | | **0.22** Dividend | | | |
| Jun 05, 2019 | 76.75 | 77.60 | 76.56 | 76.99 | 75.97 | 3,195,700 |
| Jun 04, 2019 | 74.78 | 76.46 | 74.33 | 76.21 | 75.20 | 3,890,500 |
| Jun 03, 2019 | 73.67 | 74.72 | 73.45 | 73.96 | 72.98 | 3,111,900 |
| May 31, 2019 | 73.07 | 73.81 | 72.42 | 73.44 | 72.47 | 2,825,500 |

Becton, Dickinson and Company

| | | | |
|---|---|---|---|
| **CAH** Cardinal Health, Inc. | 49.80 | -0.05 | -0.10% |
| **EW** Edwards Lifesciences Corporatio | 78.71 | 0.00 | 0.00% |
| **BSX** Boston Scientific Corporation | 38.94 | +0.51 | +1.33% |
| **ABT** Abbott Laboratories | 101.39 | -1.01 | -0.99% |

**Total ESG Risk score** ›

**28.0**   Medium   49th percentile

**Earnings** ›

◯ Consensus EPS



| Q3 2019 | Q4 2019 | Q1 2020 | Q2 2020 | Q3 2020 |
|---|---|---|---|---|
| Missed by $0.10 | Beat by $0.09 | Beat by $0.10 | Missed by $0.07 | — Oct 22 |

**Financials** ›

**Annual**   Quarterly     Revenue    Earnings



Today's Refinance

**2.42% APR** 15 Year

Select Loan Amour

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| May 30, 2019 | 74.05 | 74.67 | 73.88 | 74.37 | 73.39 | 2,104,100 |
| May 29, 2019 | 74.00 | 74.20 | 73.38 | 73.84 | 72.86 | 1,437,200 |
| May 28, 2019 | 75.18 | 75.85 | 74.00 | 74.18 | 73.20 | 2,609,400 |
| May 24, 2019 | 75.21 | 75.54 | 74.89 | 75.10 | 74.11 | 1,641,900 |
| May 23, 2019 | 75.35 | 75.52 | 74.50 | 75.03 | 74.04 | 1,480,800 |
| May 22, 2019 | 75.15 | 75.79 | 74.97 | 75.57 | 74.57 | 2,429,100 |
| May 21, 2019 | 75.78 | 76.17 | 75.19 | 75.30 | 74.30 | 2,649,300 |
| May 20, 2019 | 75.72 | 75.97 | 74.92 | 75.32 | 74.32 | 2,281,400 |
| May 17, 2019 | 76.18 | 77.15 | 75.82 | 75.98 | 74.98 | 2,349,100 |
| May 16, 2019 | 76.03 | 77.21 | 75.90 | 76.90 | 75.88 | 2,544,600 |
| May 15, 2019 | 75.51 | 76.11 | 75.06 | 75.94 | 74.94 | 2,511,800 |
| May 14, 2019 | 75.68 | 76.47 | 75.50 | 75.88 | 74.88 | 2,315,100 |
| May 13, 2019 | 75.22 | 75.90 | 74.95 | 75.44 | 74.44 | 1,930,900 |
| May 10, 2019 | 75.66 | 76.31 | 74.04 | 75.94 | 74.94 | 3,406,700 |
| May 09, 2019 | 75.87 | 76.24 | 75.01 | 76.00 | 75.00 | 2,376,400 |
| May 08, 2019 | 76.72 | 77.08 | 76.24 | 76.69 | 75.68 | 1,637,900 |
| May 07, 2019 | 76.81 | 77.29 | 76.00 | 76.69 | 75.68 | 2,403,500 |
| May 06, 2019 | 76.07 | 77.53 | 75.79 | 77.32 | 76.30 | 2,489,500 |
| May 03, 2019 | 76.76 | 77.58 | 76.63 | 77.30 | 76.28 | 2,539,200 |
| May 02, 2019 | 75.51 | 76.77 | 75.39 | 76.29 | 75.28 | 2,453,300 |
| May 01, 2019 | 76.20 | 76.29 | 75.21 | 75.45 | 74.45 | 1,782,800 |
| Apr 30, 2019 | 75.70 | 76.45 | 75.23 | 76.30 | 75.29 | 2,877,900 |
| Apr 29, 2019 | 76.18 | 76.18 | 74.97 | 75.51 | 74.51 | 2,390,300 |
| Apr 26, 2019 | 76.16 | 76.45 | 74.86 | 76.18 | 75.17 | 2,408,000 |
| Apr 25, 2019 | 74.93 | 76.42 | 74.05 | 76.25 | 75.24 | 6,132,900 |
| Apr 24, 2019 | 76.18 | 77.01 | 75.98 | 76.28 | 75.27 | 4,393,700 |
| Apr 23, 2019 | 75.69 | 76.87 | 75.32 | 76.34 | 75.33 | 3,411,800 |
| Apr 22, 2019 | 74.08 | 75.54 | 74.03 | 75.25 | 74.26 | 3,086,400 |
| Apr 18, 2019 | 74.59 | 74.86 | 73.38 | 74.33 | 73.35 | 4,054,400 |
| Apr 17, 2019 | 77.68 | 77.69 | 73.98 | 74.39 | 73.41 | 5,641,700 |
| Apr 16, 2019 | 80.00 | 80.26 | 77.42 | 77.62 | 76.59 | 2,384,400 |
| Apr 15, 2019 | 79.58 | 79.95 | 79.22 | 79.61 | 78.56 | 1,846,300 |
| Apr 12, 2019 | 80.02 | 80.12 | 79.05 | 79.32 | 78.27 | 2,226,200 |
| Apr 11, 2019 | 80.45 | 80.45 | 79.32 | 79.83 | 78.77 | 1,909,600 |
| Apr 10, 2019 | 80.01 | 80.56 | 79.96 | 80.16 | 79.10 | 1,807,300 |
| Apr 09, 2019 | 79.47 | 80.52 | 79.42 | 80.07 | 79.01 | 1,966,600 |
| Apr 08, 2019 | 79.80 | 80.22 | 79.00 | 79.66 | 78.61 | 3,637,800 |



$225,00

Calculate P

T &Cs apply. NMLS#1136

## Recommendation Trends ›



- Strong Buy
- Buy
- Hold
- Underperform
- Sell

## Recommendation Rating ›



1.9

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strong Buy | Buy | Hold | Under-perform | Sell |

## Analyst Price Targets (16) ›

**Average 96.25**

Low 90.00     High 105.00

Current 83.65

## Upgrades & Downgrades ›

| Maintains | Raymond James: to Outperform | 7/31/2020 |
|---|---|---|
| Maintains | Morgan Stanley: to Equal-Weight | 7/31/2020 |
| Maintains | UBS: to Buy | 5/1/2020 |
| Maintains | SVB Leerink: to Outperform | 5/1/2020 |
| Maintains | Credit Suisse: to Outperform | 5/1/2020 |
| Maintains | KeyBanc: to Overweight | 5/1/2020 |

## Company Profile

One Baxter Parkway
Deerfield, IL 60015
United States
224 948 2000
http://www.baxter.com
Sector(s): **Healthcare**
Industry: **Medical Instruments & Supplies**
Full Time Employees: **50,000**

Baxter International Inc., through its subsidiaries, develops and provides a portfolio of healthcare products. The company operates through North and South America; Europe, Middle East and Africa; and Asia-Pacific segments. The company offers peritoneal dialysis and hemodialysis, and additional dialysis therapies and services; renal replacement therapies and other organ support therapies focused in the intensive care unit; sterile

Case: 1:19-cv-07786 Document #: 41-9 Filed: 08/24/20 Page 9 of 9 PageID #:1570

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Apr 05, 2019 | 80.52 | 80.95 | 80.09 | 80.67 | 79.60 | 2,061,900 |
| Apr 04, 2019 | 80.58 | 80.83 | 80.05 | 80.55 | 79.48 | 2,246,700 |
| Apr 03, 2019 | 81.87 | 81.95 | 80.60 | 80.87 | 79.80 | 4,269,700 |
| Apr 02, 2019 | 81.85 | 81.85 | 80.87 | 81.54 | 80.46 | 2,412,200 |
| Apr 01, 2019 | 81.89 | 82.25 | 80.98 | 81.77 | 80.69 | 3,661,300 |
| Mar 29, 2019 | 80.00 | 81.42 | 79.99 | 81.31 | 80.23 | 4,078,700 |
| Mar 28, 2019 | 79.29 | 79.85 | 78.90 | 79.69 | 78.64 | 3,170,100 |
| Mar 27, 2019 | 78.73 | 79.35 | 78.06 | 79.09 | 78.04 | 4,062,700 |
| Mar 26, 2019 | 78.17 | 78.95 | 77.94 | 78.80 | 77.76 | 3,571,500 |
| Mar 25, 2019 | 77.27 | 78.05 | 77.11 | 77.63 | 76.60 | 2,050,900 |
| Mar 22, 2019 | 78.10 | 78.52 | 77.17 | 77.24 | 76.22 | 3,152,200 |
| Mar 21, 2019 | 76.91 | 78.46 | 76.91 | 78.45 | 77.41 | 2,115,000 |
| Mar 20, 2019 | 77.68 | 77.74 | 76.87 | 77.18 | 76.16 | 2,728,800 |
| Mar 19, 2019 | 77.15 | 77.74 | 76.80 | 77.59 | 76.56 | 2,064,000 |
| Mar 18, 2019 | 77.14 | 77.14 | 76.50 | 76.95 | 75.93 | 1,862,200 |
| Mar 15, 2019 | 76.29 | 77.13 | 76.29 | 76.94 | 75.92 | 5,042,400 |
| Mar 14, 2019 | 76.28 | 76.59 | 75.66 | 76.51 | 75.50 | 1,993,200 |
| Mar 13, 2019 | 75.92 | 76.66 | 75.64 | 76.38 | 75.37 | 2,485,500 |
| Mar 12, 2019 | 75.35 | 75.71 | 75.02 | 75.68 | 74.68 | 3,579,400 |
| Mar 11, 2019 | 74.54 | 75.14 | 74.39 | 75.12 | 74.13 | 2,015,800 |
| Mar 08, 2019 | 74.33 | 74.58 | 73.40 | 74.13 | 73.15 | 2,818,400 |
| Mar 07, 2019 | 74.68 | 74.96 | 74.39 | 74.72 | 73.73 | 2,916,900 |
| Mar 06, 2019 | 75.89 | 75.98 | 74.45 | 74.73 | 73.74 | 2,382,200 |
| Mar 05, 2019 | 75.38 | 75.87 | 75.16 | 75.71 | 74.71 | 2,162,600 |
| Mar 04, 2019 | 76.18 | 76.25 | 74.71 | 75.47 | 74.47 | 3,723,900 |
| Mar 01, 2019 | 75.16 | 76.10 | 75.11 | 75.84 | 74.84 | 2,420,500 |
| Feb 28, 2019 | 74.72 | 75.00 | 74.00 | 74.73 | 73.74 | 3,375,100 |
| Feb 28, 2019 | | | 0.19 Dividend | | | |
| Feb 27, 2019 | 74.55 | 75.64 | 74.55 | 75.07 | 73.89 | 2,997,900 |
| Feb 26, 2019 | 74.71 | 75.02 | 74.44 | 74.91 | 73.73 | 3,350,500 |
| Feb 25, 2019 | 74.97 | 75.73 | 74.77 | 74.79 | 73.61 | 3,457,200 |
| Feb 22, 2019 | 74.15 | 74.83 | 74.15 | 74.68 | 73.51 | 2,136,500 |
| Feb 21, 2019 | 74.04 | 74.39 | 73.81 | 74.03 | 72.87 | 2,388,300 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

reconstitution devices; and parenteral nutrition therapies. It also provides biological products and medical devices, and surgical hemostat and sealant products used in surgical procedures for hemostasis, tissue sealing, and adhesion prevention; premixed and oncology drug platforms, inhaled anesthesia and critical care products, and pharmacy compounding services; and generic injectable pharmaceuticals. Its products are used in hospitals, kidney dialysis centers, nursing homes, rehabilitation centers, doctors' offices, and patients at home under physician supervision. The company sells its products through direct sales force, as well as through independent distributors, drug wholesalers, and specialty pharmacy or other alternate site providers in approximately 100 countries. It has an agreement with Celerity Pharmaceutical, LLC to develop acute care generic injectable premix and oncolytic molecules. Baxter International Inc. was founded in 1931 and is headquartered in Deerfield, Illinois.

Advertise With Us

Data Disclaimer  Help  Suggestions
Do not sell my info ▷
Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap
🐦  f  in
© 2020 Verizon Media. All rights reserved.