**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786 <br><br> District Judge Sara L. Ellis <br><br> Magistrate Judge Jeffrey I. Cummings |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE THE AMENDED CLASS ACTION COMPLAINT AND RELATED MOTION TO DISMISS**

Court-appointed Lead Plaintiffs Louisiana Municipal Police Employees' Retirement System ("LAMPERS") and Varma Mutual Pension Insurance Company ("Varma," and together with LAMPERS, "Plaintiffs") and Defendants Baxter International Inc., Jose E. Almeida, James K. Saccaro ("Defendants," and together with Plaintiffs, the "Parties"), hereby present their Joint Motion for Extension of Time to File the Amended Class Action Complaint and Related Motion to Dismiss. In support of the motion, the Parties state:

1. On June 25, 2020, Plaintiffs filed the Class Action Complaint (ECF No. 34) ("Complaint"), alleging claims against all Defendants under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), and against Defendants Almeida and Saccaro under Section 20(a) of the Exchange Act.

2. On August 18, 2020, the Court granted the Parties' joint motion to extend the otherwise applicable page limits governing the Parties' motion-to-dismiss briefing due to the complexity of the action and the nature of the allegations, with the Parties' opening briefs not to exceed 25 pages each and Defendants' reply not to exceed 20 pages (ECF Nos. 37-38).

3. On August 24, 2020, Defendants moved to dismiss the Complaint (ECF Nos. 39-42), and briefing on Defendants' motion to dismiss was complete on November 9, 2020 (*see* ECF Nos. 43-44).

4. On January 12, 2021, the Court issued an Opinion and Order (ECF No. 47) (the "Order") dismissing the Complaint without prejudice and granting Plaintiffs twenty-one days, or until February 2, 2021, to amend the Complaint.

5. Plaintiffs intend to file an Amended Class Action Complaint (the "Amended Complaint").

6. The Parties have met and conferred concerning the Amended Complaint and briefing on any related motion to dismiss. Plaintiffs believe additional time is necessary to file the Amended Complaint, including time to further investigate and develop relevant facts, in light of the Court's directives and discussion in the Order. Particularly in light of COVID-19 related issues, Defendants do not object to this additional time as long as Defendants have an appropriate amount of time to adequately brief their motion to dismiss any Amended Complaint Plaintiffs file.

7. In light of the Parties' aforementioned discussions, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, Plaintiffs' Amended Complaint, and briefing on any motion to dismiss the Amended Complaint, should be set based on the Parties' agreement, as set forth below:

   a. Plaintiffs shall file the Amended Complaint on or before February 26, 2021;

   b. Defendants shall answer, move, or otherwise respond to the Amended Complaint on or before March 29, 2021, with Defendants' opening brief in support of any motion to dismiss not to exceed 25 pages;

    c.    Plaintiffs shall file their opposition to any motion to dismiss the Amended Complaint on or before April 28, 2021, with Plaintiffs' opposition not to exceed 25 pages; and

    d.    Defendants shall file their reply in further support of any motion to dismiss the Amended Complaint on or before May 19, 2021, with Defendants' reply not to exceed 20 pages.

WHEREFORE, the Parties request the foregoing schedule to file the amended class action complaint and related motion to dismiss as set forth above; and for such further relief as the Court finds reasonable and just.

Dated: January 21, 2021

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
Sharan Nirmul (#90751)
Joshua A. Materese (#314844)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
jmaterese@ktmc.com
ehoey@ktmc.com

**BERNSTEIN LITOWITZ**
**BERGER & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

James A. Harrod (admitted *pro hac vice*)
Adam D. Hollander (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Jim.Harrod@blbglaw.com
Adam.Hollander@blbglaw.com
Alex.Payne@blbglaw.com

*Lead Counsel for Plaintiffs and the Class*

**LATHAM & WATKINS LLP**

*/s/ Nicholas J. Siciliano* (with permission)

Sean M. Berkowitz (ARDC No. 6209701)
sean.berkowitz@lw.com
Nicholas J. Siciliano (ARDC No. 6287387)
nicholas.siciliano@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

-and-

Whitney B. Weber (ARDC No. 6311007)
whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 931-0600

*Counsel for Defendants Baxter International Inc., Jose E. Almeida and James K. Saccaro*