UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**JOINT MOTION REQUESTING A STAY OF DEADLINES PENDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Court-appointed Lead Plaintiffs Louisiana Municipal Police Employees' Retirement System ("LAMPERS") and Varma Mutual Pension Insurance Company ("Varma," and together with LAMPERS, "Plaintiffs") and Defendants Baxter International Inc., Jose E. Almeida, and James K. Saccaro ("Defendants," and together with Plaintiffs, the "Parties"), hereby present their Joint Motion Requesting A Stay of Deadlines Pending Motion For Preliminary Approval of Settlement. In support of the motion, the Parties state:

1. On June 25, 2020, Plaintiffs filed the Class Action Complaint ("Complaint") (ECF No. 34) in the above-captioned action ("Action"), alleging claims against all Defendants under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), and against Defendants Almeida and Saccaro under Section 20(a) of the Exchange Act.

2. On August 24, 2020, Defendants moved to dismiss the Complaint (ECF Nos. 39-42), and briefing on Defendants' motion to dismiss was complete on November 9, 2020 (see ECF Nos. 43-44).

3. On January 12, 2021, the Court issued an Opinion and Order (ECF No. 47) dismissing the Complaint without prejudice and granting leave to amend the Complaint. Plaintiffs

thereafter had indicated their intent to file an Amended Class Action Complaint (the "Amended Complaint").

4. On January 22, 2021, the Court entered a scheduling order under which Plaintiffs' Amended Complaint is due on February 26, 2021 (ECF No. 49).

5. Pursuant to a private mediation, on February 25, 2021, the Parties signed a term sheet reflecting an agreement in principle to resolve the Action in full.

6. The Parties intend to negotiate and finalize a stipulation of settlement, and related documents, and to move the Court for preliminary approval of the settlement, within 35 days of today.

7. In light of the Parties' aforementioned discussions, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, the deadline for Plaintiffs to file an Amended Complaint, and all other pending deadlines, should be stayed.

WHEREFORE, the Parties request that the Court enter an order staying the February 26, 2021 deadline for Plaintiffs to file the Amended Complaint, and all other pending deadlines.

Dated: February 25, 2021

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ James A. Harrod*
James A. Harrod (admitted pro hac vice)
Adam D. Hollander (admitted pro hac vice)
Alexander T. Payne (admitted pro hac vice)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Jim.Harrod@blbglaw.com

Adam.Hollander@blbglaw.com
Alex.Payne@blbglaw.com

-and-

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
avi@blbglaw.com

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

Sharan Nirmul (#90751)
Joshua A. Materese (#314844)
Evan R. Hoey (admitted pro hac vice)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
jmaterese@ktmc.com
ehoey@ktmc.com

*Lead Counsel for Plaintiffs and the Class*


**LATHAM & WATKINS LLP**

*/s/ Nicholas J. Siciliano* (with permission)

Sean M. Berkowitz (ARDC No. 6209701)
sean.berkowitz@lw.com
Nicholas J. Siciliano (ARDC No. 6287387)
nicholas.siciliano@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

-and-

3

Whitney B. Weber (ARDC No. 6311007)
whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 931-0600

*Counsel for Defendants Baxter International Inc., Jose E. Almeida and James K. Saccaro*