**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Ethan E. Silverman, et al.

                              Plaintiff,

v.                                                       Case No.: 1:19–cv–07786
                                                         Honorable Sara L. Ellis

Baxter International Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 1, 2021:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs'
motion to stay deadlines pending a motion for preliminary approval [50]. The Court stays
all pending deadlines, strikes the status date set for 8/24/2021 and resets it to 4/20/2021 at
9:30 a.m. where the parties should notice any motion for preliminary approval for
presentment on that date. Throughout the telephonic hearing, each speaker will be
expected to identify themselves for the record before speaking. Please note that the
conference call–in will be used by all cases that are on the court's calendar for the said
date, therefore counsel must be in a quiet area while on the line and must have the
telephone muted until your case is called. Members of the public and media will be able to
call in to listen to this hearing. The call–in number is (866) 434–5269 and the access code
is 8087837. Counsel of record will receive an email the morning of the telephonic hearing
with instructions to join the call. Persons granted remote access to proceedings are
reminded of the general prohibition against photographing, recording, and rebroadcasting
of court proceedings. Violation of these prohibitions may result in sanctions, including
removal of court issued media credentials, restricted entry to future hearings, denial of
entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed
notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.