# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

### LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND AUTHORIZATION TO <u>DISSEMINATE NOTICE OF SETTLEMENT</u>

Court-appointed Lead Plaintiffs Louisiana Municipal Police Employees' Retirement System and Varma Mutual Pension Insurance Company, by and through their undersigned counsel, respectfully move this Court for entry of an Order: (i) granting preliminary approval of the proposed class action settlement of the above-captioned action on the terms set forth in the Stipulation and Agreement of Settlement dated April 1, 2021 ("Stipulation" or "Settlement");[1] (ii) finding that the Court will likely be able to certify the Settlement Class for purposes of effectuating the Settlement; (iii) approving the form and manner of providing notice of the Settlement to Settlement Class Members; and (iv) setting a hearing date for final approval of the Settlement, as well as a schedule for various events and deadlines in connection with the Settlement.

This Motion is based upon the Stipulation, attached as Exhibit 1 to the Declaration of Sharan Nirmul filed herewith ("Nirmul Declaration"); the accompanying Memorandum of Law; and all other papers and proceedings herein. The [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is attached as Exhibit A to the Stipulation.

---

[1] All capitalized terms not defined herein have the meanings ascribed to them in the Stipulation.

1

Pursuant to the terms of the Stipulation, this Motion is unopposed by Defendants.

Dated: April 1, 2021

Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
Sharan Nirmul (#90751)
Joshua A. Materese (#314844)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
jmaterese@ktmc.com

**BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone: (312) 373-3800
Facsimile: (312) 794-7801
avi@blbglaw.com

-and-

James A. Harrod (admitted *pro hac vice*)
Adam D. Hollander (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Jim.Harrod@blbglaw.com
Adam.Hollander@blbglaw.com
Alex.Payne@blbglaw.com

*Lead Counsel for Lead Plaintiffs
and the Class*