**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**DECLARATION OF SHARAN NIRMUL IN SUPPORT OF LEAD PLAINTIFFS'**
**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF**
**PROPOSED SETTLEMENT AND AUTHORIZATION**
**TO DISSEMINATE NOTICE OF SETTLEMENT**

I, Sharan Nirmul, declare as follows:

1. I am a member in good standing of the bar of this Court. I am a partner of the law firm of Kessler Topaz Meltzer & Check, LLP. I submit this Declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice of Settlement.

2. Attached as Exhibits 1 through 5 are true and correct copies of the following documents:

Exhibit 1: Stipulation and Agreement of Settlement dated April 1, 2021;

Exhibit A: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;

Exhibit A-1: Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses;

Exhibit A-2: Proof of Claim and Release Form;

1

Exhibit A-3:  Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses;

Exhibit B:      [Proposed] Judgment Approving Class Action Settlement;

Exhibit 2:     *Ronge v. Camping World Holdings, Inc.*, No. 1:18-cv-07030 (N.D. Ill. Aug. 5, 2020), ECF No. 158;

Exhibit 3:     *In re Akorn, Inc. Data Integrity Sec. Litig.*, No. 1:18-cv-01713 (N.D. Ill. Mar. 13, 2020), ECF No. 188;

Exhibit 4:     *Sokolow v. LJM Funds Mgm't, Ltd.*, No. 1:18-cv-01039 (N.D. Ill. Dec. 18, 2019), ECF No. 216; and

Exhibit 5:     Résumé of Epiq Class Action & Claims Solutions, Inc.

Dated: April 1, 2021

*/s/ Sharan Nirmul*
Sharan Nirmul (#90751)

2