# **EXHIBIT 5**



# epiq reliability

Epiq Class Action and Claims Solutions CV



## Epiq Class Action and Claims Solutions CV

**Epiq is a leading class action settlement administrator delivering best-in-class people, technology and service for class action administration matters anywhere in the world— regardless of size or complexity.**

**History:**

Epiq has been administering settlements since 1993, including settlements of class actions, mass tort litigations, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation. Epiq has administered thousands of settlements, including some of the largest and most complex cases ever settled.

Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment and implementation of notice fulfillment services, coordination with the United States Postal Service ("USPS"), electronic noticing, notice website development and maintenance, dedicated phone lines with recorded information and/or live operators, receipt and processing of opt-outs, claims database management, claim adjudication (paper and electronic), funds management, and award calculations and distribution services (both traditional checks and electronic payments). Epiq works with the settling parties, the Court, and the Class Members in a neutral facilitation role to implement administration services based on the negotiated terms of a settlement.

Through Hilsoft Notifications, our global provider of legal noticing services, we provide superior notice plan design, implementation, oversight, and communications for class action, mass tort, and bankruptcy proceedings. Hilsoft Notifications has been retained by defendants and/or plaintiffs on more than 300 cases, including more than 30 MDL cases, with notices appearing in more than 53 languages and in almost every country, territory and dependency in the world.

Epiq also has a Mass Tort division, which offers claimant communication support, medical record retrieval and review, plaintiff fact sheet fulfillment, settlement document fulfillment, lien resolution and fund administration and payments.

**Strategically located:**

- 12 dedicated offices providing project management and operational support including, New York City, New York; Beaverton, Oregon; Lake Success, New York; Dublin, Ohio; Seattle, Washington; Tampa, Florida; Phoenix, Arizona; Tallahassee, Florida, London UK, Memphis TN and Ottawa and Waterloo, Ontario.

- 3 state-of-the-art full-service mail, print, and contact centers in Beaverton, Oregon, Memphis, TN and Dublin, Ohio.

- 2,670 contact center seats across all locations.



**Epiq has been retained on some of the highest profile cases in history:**

*In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* This $6B+ settlement is one of the largest antitrust class action settlements of all time. Epiq received roughly 80 billion rows of data with 163 types of data columns in 180 distinct files. The aggregated data set is over 110 terabytes and is hosted in a PCI-compliant environment. Over a five-month period this data was used to generate 21 million settlement notice mailings. This settlement is currently on appeal and therefore the claims process has not yet begun. However, in order to efficiently handle the anticipated claim volume, we implemented a pre-registration process that allows merchants to provide information to expedite the claims process prior to claim filing.

*In re: Oil Spill by the Rig "Deepwater Horizon"* Prior to settlement, Epiq acted as a shared database manager for the litigation, collecting data from plaintiffs' counsel, defense counsel, the Gulf Coast Claims Facility, and the court to create an aggregated system of record to manage all plaintiff data. Responsibilities included data intake and processing of all new forms filed on PACER and LexisNexis File & ServeXpress, loading partially complete data lists, identifying exceptions and mismatches and resolving missing data, duplicates and incorrect information for the parties. Epiq's legal noticing division, Hilsoft Notifications, was then appointed as the notice administrator for both the $7.8 billion economic damages and medical benefits settlements. Across a condensed six week period, Hilsoft ran notices nationally and locally in more than 2,000 print publications. Approximately 10,000 television and radio spots aired across 26 media markets stretching from Houston to Miami. In addition to English, notices appeared in Spanish and Vietnamese. It is estimated that more than 95% of all adults living in the Gulf Area and more than 83% of all adults in the United States had an opportunity to see the notice. In total, the notice effort was one of the largest ever undertaken in a class action settlement.

*In re: Takata Airbag Products Liability Litigation* Massive individual notice mailing to over 59 million class members with Toyota, Mazda, Subaru, BMW, Honda, Nissan and Ford vehicles, as part of $1.49 billion in multiple settlements regarding Takata airbags. Comprehensive nationwide media accompanied each phase, comprised of radio ads, consumer magazine ads and extensive online notice.

*In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Product Liability Litigation (Bosch Settlement)* Comprehensive notice program within the Volkswagen Emissions Litigation that provided individual notice to more than 946,000 vehicle owners via first class mail and to more than 855,000 via email. A targeted internet campaign further enhanced the notice effort.

*Hale v. State Farm Mutual Automobile Insurance Company* For a $250 million settlement with approximately 4.7 million class members, Epiq designed and implemented a Notice Program with individual notice via postcard or email to approximately 1.43 million class members and a robust publication program, which combined, reached approximately 80% of all U.S. Adults Aged 35+ approximately 2.4 times each.

*Oppenheimer Rochester Group Funds Securities Litigation* In these securities cases, which combine six separate settlements, Epiq reviewed and processed over 10 million trade transactions, consolidated data and mailed more than 450,000 pre-populated records of claimant transactions ("ROFTS") to alleviate the burden on the majority of class members to research and file claims, and mailed over 180,000 additional Claim Forms and notices. We created complex software code to calculate the recognized losses across 19 different types of securities.

*In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation ('Vioxx')* Epiq is currently administering this $1.062 billion settlement involving damages from securities trades going as far back as 1999. Epiq mailed almost 2 million notices, received more than 400,000 claims and processed millions of lines of securities transaction data, determined losses using complex algorithms relating to multiple securities for injured investors.



*Hooker v SiriusXM Radio Inc.* This $35 million settlement for alleged TCPA violations involves approximately 12 million class members. Class members could register for three months of free service or file a claim for cash payment. Epiq's class member outreach included both mailing approximately 8 million postcards and a total of 50 million emails to class members for noticing and reminder purposes. The claims administration process involved working with the defendant to validate claims data using the defendant's internal database.

*The Shane Group, Inc. v Blue Cross Blue Shield of Michigan* Epiq is the claims administrator for this 3 million class member insurance anti-trust settlement. Epiq utilized its proprietary Third-Party Payor (TPP) database to notice insurance companies and other third party payors in addition to the individual class members provided by the defendant. The claims process was complex and involved sensitive HIPAA protected data that had to be housed in a custom secure environment. The settlement was appealed and as a result the parties are currently finalizing alterations to the settlement to address the concerns of the appellant.

*In re Checking Account Overdraft Litigation* Epiq has implemented more In re: Checking Account Overdraft MDL NO. 2036 overdraft class action settlements than any other administrator and is currently providing settlement services to five of the six largest U.S. banks. Our ability to securely intake and normalize complex data from a multitude of sources proves a natural fit for banks and other financial services firms.

*Mortgage Servicing Regulatory Settlement Summary* Epiq is currently handling a number of remediation and distribution programs involving various financial institutions pursuant to private settlements and consent orders with the OCC, DOJ, FRB and CFPB. Examples of these engagements include:

• A borrower identification and distribution program to support a $35 million Department of Justice (DOJ) and Consumer Financial Protection Bureau (CFPB) settlement with a financial institution related to mortgage loans made to African-American and Hispanic borrowers.

• A payment distribution program to support an expedited payment agreement between the Office of the Comptroller of the Currency (OCC) and a financial institution, which resolves an Independent Foreclosure Review of the financial institution's foreclosure practices.

• A notification, claims and distribution program to support a Federal Reserve settlement with a financial institution related to mortgage loans originated at more than 800 branch offices.

• A notification, claims and distribution program to support a $320 million Home Affordable Modification Program (HAMP) settlement between the DOJ and a financial institution.

4



## Experience in major projects by dollar value (values have been rounded)

| | | | |
|---|---|---|---|
| **$44.5B** Lehman Brothers Holding Inc | **$1.9B** 1983 Marine Barrack's Bombings | **$480M** Wells Fargo Securities Litigation |
| **$11B** Deepwater Horizon Economic Settlement | **$1.3B** Hispanic Women and Farmers | **$473M** Schering Securities Litigation |
| **$8.5B** BNY Mellon Countrywide RMBS | **$1B** In re Merck & Co Inc. Securities Derivative & ERISA Litigation | **$389M** Royal Dutch Shell |
| **$6.15B** WorldCom Securities | **$860M** Johnson & Johnson Acuvue | **$384M** Wells Fargo CPI |
| **$5.5B** In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | **$853M** Air Cargo Antitrust | **$328M** In re Volkswagen "Clean Diesel" (Bosch Settlement) |
| **$4.6B** Indian Residential Schools Settlement | **$850M** Marsh & McLennan | **$325M** Precision v. PWT ('Freight Forwarders') |
| **$4.5B** Bank of America Auction Rate Securities | **$845M** In re Urethane Antitrust | **$320M** SunTrust HAMP |
| **$4.5B** JP Morgan Chase RMBS | **$834M** Tremont Securities | **$299M** Takata Ford |
| **$3.4B** Indian Trust | **$800M** Engle Trust Fund | **$231M** US Embassy Bombings |
| **$3.2B** Tyco Securities | **$758M** In re Hyundai and Kia Engine Litigation | **$228M** Hall v Bank of America |
| **$3.05B** VisaCheck/Mastermoney Antitrust | **$750M** Washington Public Power Supply Systems | **$219M** Genworth Securities Litigation |
| **$3B** Petrobras Securities Litigation | **$750M** Bristol Myers Securities | **$215M** Merck Securities Litigation |
| **$2.6B** Morgan Stanley RMBS | **$730M** United States v. Pokerstars | **$212M** Wells Fargo Financial Consent Order |
| **$2.43B** Bank of America Corp. Securities Derivative & ERISA | **$590M** Klein, et al. v. Bain Capital Partners LLC, et al. | **$210M** In re Wilmington Trust Securities Litigation |
| **$2.1B** The Hepatitis C Tainted Blood Transfusion Settlements | **$520M** Jessica S. Cook v. Santee Cooper et al | **$210M** Salix Securities Litigation |
| **$2B** In re Foreign Exchange Benchmark Rates Antitrust Litigation | **$504M** ISDAfix Antitrust Settlement | **$200M** In re Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation |
| **$1.2B** Black Farmers Discrimination Litigation | **$504M** Bank of NY Mellon Forex | **$200M** In re New England Compounding Pharmacy Inc. Products Liability Litigation |
| **$1.10B** Royal Ahold Securities | **$480M** Gary Hefler, et al. v. Wells Fargo & Co. et al. | **$200M** NECC Victims Compensation Program |



## By notices disseminated (values have been rounded)

| | | | | | |
|---|---|---|---|---|---|
| 116,000,000 | Ticketmaster.com | 11,000,000 | Premera Data Breach Settlement | 4,600,000 | 1-800-Flowers Retail |
| 57,000,000 | Classmates.com | 9,000,000 | Pelayo v. Mexico Money Transfer | 4,500,000 | Progressive Group Auto Insurance |
| 55,000,000 | Hooker v Sirius XM Radio | 9,000,000 | Farrell v Bank of America | 4,300,000 | Chimeno-Buzzi v Hollister |
| 53,000,000 | Takata Settlement | 9,000,000 | Precision v PWT | 4,100,000 | Amex Merchant Settlement |
| 32,000,000 | Justice Stores-McGladrey | 8,400,000 | Air Passenger Settlement | 4,000,000 | WorldCom Securities |
| 26,000,000 | VisaCheck/MasterMoney Antitrust | 8,300,000 | Takata Ford | 3,900,000 | Scharfstein v BP WCP |
| 25,000,000 | IPO Securities | 8,300,000 | Marolda v Symantec | 3,800,000 | Clark v TransUnion |
| 22,000,000 | McKnight v Uber | 8,300,000 | Bank of America TCPA | 3,700,000 | Fifth Third Overdraft Settlement |
| 21,000,000 | Interchange | 8,000,000 | Meckstroth v Toyota Motor | 3,700,000 | Tennille v Western Union |
| 20,500,000 | Nwabueza v. AT&T | 7,600,000 | Vergara v. Uber TCPA Settlement | 3,600,000 | Bodnar v BofA |
| 20,000,000 | Webloyalty.com, Inc. | 7,600,000 | MFS Sub-Track Mutual Fund | 3,500,000 | Pfizer Securities Litigation |
| 19,000,000 | Interchange | 7,100,000 | TD Bank Debit Card Overdraft | 3,500,000 | IDE - UCLA Health |
| 18,000,000 | Western Union Money Transfer | 7,000,000 | Community Hlth Sys DB | 3,500,000 | Bosch Settlement |
| 16,000,000 | Khoday v. Symantec | 7,000,000 | Time Warner Entertainment Company | 3,500,000 | Wells Fargo CPI Class Action |
| 15,140,000 | Experian Information Solutions, Inc. | 7,000,000 | AT&T Wireless | 3,500,000 | Michael Kors Administration |
| 15,000,000 | Farag v Kiip | 7,000,000 | Equifax Consumer Services, Inc. | 3,400,000 | Lucero v SolarCity TCPA Settlement |
| 15,000,000 | Browning v. Yahoo! | 6,400,000 | UCLA Health Data Breach Settlement | 3,300,000 | Snyder v Ocwen Loan Servicing |
| 15,000,000 | JP Morgan TCPA | 6,400,000 | Angies List | 3,200,000 | Hale v. State Farm |
| 14,000,000 | Living Social | 5,700,000 | Moore v Verizon | 3,000,000 | McKinney-Drobnis v Massage Envy |
| 14,000,000 | Sallie Mae | 5,000,000 | Mohan v. Dell | 3,000,000 | Amgen Securities Litigation |
| 13,000,000 | Expedia Hotel Taxes and Fees | 5,000,000 | Moneygram – Mexico Money Transfer | | |



## By claims processed (values have been rounded)

| | | | | | |
|---|---|---|---|---|---|
| 4,300,000 | Lease Oil Antitrust | 670,000 | Citigroup Inc. Securities | 298,000 | Snyder v Ocwen Loan Servicing |
| 2,100,000 | Strong Sub-Track Mutual Fund | 618,000 | TransUnion | 275,000 | TD Bank Debit Card Overdraft |
| 1,960,000 | Wolf v. Red Bull | 607,000 | Justice Stores-McGladrey | 268,000 | Merck Securities Litigation |
| 1,200,000 | Baby Products Antitrust | 601,000 | Dell Fair Fund | 264,000 | Carnegie v HR Block |
| 1,051,000 | Takata Settlement | 600,000 | Global Crossing Securities | 256,000 | Mohan v. Dell |
| 1,000,000 | AMEX Financial Advisors Securities | 521,000 | Expedia Hotel Taxes and Fees | 250,000 | Hill v State Street |
| 995,000 | Daniels v. Allstate | 520,000 | SEC v AIG | 240,000 | Toronto-Dominion Securities Litigation Settlement |
| 980,000 | WorldCom Securities | 500,000 | Nortel Networks (I & II) Securities | 236,000 | Bank of America TCPA |
| 950,000 | Gulf Coast Claims Facility | 438,000 | General Motors Securities Litigation | 231,000 | Apple Securities Litigation |
| 880,000 | Premera Data Breach Settlement | 425,000 | Amgen Securities Litigation | 227,000 | Purex Settlement |
| 815,000 | Progressive Fair Credit Reporting Act | 414,000 | Merck Vioxx Securities Litigation | 206,000 | Trombley v National City |
| 815,000 | VisaCheck/MasterMoney Antitrust | 396,000 | Zepeda v. PayPal | 196,000 | Marchese v Cablevision |
| 760,000 | Oppenheimer Funds Securities | 394,000 | Moore v Verizon | 195,000 | Toyota Securities Litigation |
| 724,000 | Wells Fargo Securities | 389,000 | Reynolds v Hartford | 194,000 | SEC v Raytheon |
| 719,000 | Bank of America Corp. Securities Derivative & ERISA | 357,000 | BNYM Forex Securities Litigation | 182,000 | Ridgely v FEMA |
| 700,000 | Lucent Technologies, Inc. Securities | 325,000 | Hooker v Sirius XM Radio | 179,000 | Royal Dutch Shell |
| 698,000 | Classmates.com | 324,000 | Air Passenger Settlement | 178,000 | Angies List |
| 685,000 | Deloris Kline v. Progressive Corporation | 313,000 | Cerbo v Ford of Englewood, Inc. | 148,000 | UCLA Health Data Breach Settlement |
| 672,000 | Oppenheimer Rochester Fund Securities Litigation | 303,000 | Wright et al v Nationstar Mort | 144,000 | Tennille v Western Union |

**Securities Center of Excellence**

## Securities Class Action Administration



### Better together

Epiq is stronger than ever. Following the acquisition of GCG, our team is transforming the securities class action administration landscape with unparalleled resources and subject matter expertise. We provide our clients with immediate access to a deeper and broader platform of best-in-class settlement administration on a global scale.



### Leading the field

Two of the largest settlement administrators in the country have come together to create an unprecedented Securities Center of Excellence. Together, we deliver scalability, expertise, and best-in-class administration for securities settlements – routine or complex. With more than 150 years of combined experience, Epiq is dedicated to providing a seamless, on-time, and on-budget administration with a specialized, knowledgeable, solution-oriented securities team.



### Accurate and timely claims administration

Throughout its history, Epiq has been an industry leader in ensuring quality control and preventing fraudulent claims, without sacrificing timeliness. Claims analysts are adept at identifying potentially suspicious claims and investigating red flags for potentially fraudulent activity.  By ensuring quality from document intake, through claims processing, and final quality assurance and fraud prevention reviews prior to disbursement, Epiq ensures that accurate awards are sent to class members.

**50M+**
notices sent

**10M+**
claims processed



**800**
Dedicated employees delivering excellence to our clients

**$29B+**
total settlement value

**1.2K+**
settlements administered



**Securities Center of Excellence**

## Securities Class Action Administration

**54** of the top 100 securities settlements were administered by Epiq

Epiq has administered 54 of the top 100 securities settlements since the passage of the PSLRA, more than all other administrators combined.



### Strategically located

- 10 dedicated offices providing project management and operational support including, New York City, New York; Beaverton, Oregon; Dublin, Ohio; Tampa, Florida; Phoenix, Arizona; Tallahassee, Florida, London UK, Memphis TN and Ottawa and Waterloo, Ontario.
- 2 state-of-the-art full-service mail and print centers in Beaverton, Oregon, and Memphis, TN.
- 2,670+ contact center seats across all locations.



### Court-approved

"[Epiq] is one of the leading claims administrators in the industry . . . [i]f not the leading."

**U.S. District Judge: Wagner v. Barrick Gold Corp.,**

"I find that [Epiq] compli[ed] with its typical procedures for claims administration and is going above and beyond its usual practices due to the size of the class in this action. I am satisfied that [Epiq is] taking all necessary and reasonable steps to notify class members of their potential claims."

**U.S. District Judge: In re: Initial Public Offering Securities Litigation**

"I also appreciate the team of settlement administrators you assembled who have managed this process so well."

**U.S. District Judge: In re Royal Ahold N.V. Securities & ERISA Litigation**

**10** dedicated offices

**2** state-of-the-art full-service mail and print centers

**2,670+** contact center seats

**150** years of combined experience

**People. Partnership. Performance.**
epiqglobal.com





Securities Center of Excellence

# Securities Class Action Administration

## Representative settlements $300M or more:

WorldCom, Inc. $6,194,100,714

Tyco International, Ltd. $3,200,000,000

Petroleo Brasileiro S.A. - Petrobras $3,000,000,000

Bank of America Corporation (Equity Securities) $2,425,000,000

In re Foreign Exchange Benchmark Rate Antitrust $2,400,000,000

In re Credit Default Swaps Antitrust $1,800,000,000

Nortel Networks Corp. (I) $1,142,775,308

Royal Ahold, N.V. $1,100,000,000

Nortel Networks Corp. (II) $1,074,265,298

Merck & Co., Inc. $1,060,000,000

Merch Vioxx $830,000,000

SEC v. AIG $800,000,000

Citigroup Bonds $730,000,000

Merck/Schering Vytorin $688,000,000

Lucent Technologies, Inc. $667,000,000

Wachovia Preferred Securities and Bond/Notes $627,000,000

Lehman Brothers Holdings, Inc. (Equity/ Debt Securities) $615,218,000

Dahl. v. Bain (Private Equity) $590,500,000

Citigroup, Inc. $590,000,000

IPO Securities Litigation (Master Case) $585,999,996

Alaska Electrical Pension Fund v. Bank of America, et al. (Isdafix) $504,500,000

Bear Stearns Mortgage Pass-Through Certificates $500,000,000

Countrywide Financial Corp. $500,000,000

Pfizer, Inc. $486,000,000

Wells Fargo & Company $480,000,000

Schering-Plough Corp. $473,000,000

Global Crossing, Ltd. $447,800,000

Federal Home Loan Mortgage Corp. (Freddie Mac) $410,000,000

Cobalt International Energy, Inc. $389,600,000

Royal Dutch Shell $385,000,000

Refco, Inc. $358,300,000

RALI Mortgage (Asset-Backed Pass-Through Certificates) (Underwriter Defendants) $335,000,000

Merrill Lynch Mortgage Investors, Inc. (Mortgage Pass-Through Certificates) $315,000,000

Williams Companies, Inc. $311,000,000

General Motors Corp. $303,000,000

DaimlerChrysler AG $300,000,000

General Motors Company $300,000,000

Bristol-Myers Squibb Co. $300,000,000

Oxford Health Plans Inc. $300,000,000

## Epiq is trusted by the most prominent securities class action firms including:

Barrack Rodos & Bacine
Berger & Montague, P.C.
Berman Tabacco
Bernstein Litowitz Berger & Grossmann LLP
Bleichmar Fonti & Auld LLP
Block & Leviton LLP
Brower Piven, PC
Cohen Milstein Sellers & Toll, PLLC
Cotchett, Pitre & McCarthy, LLP
Entwistle & Cappucci LLP
Faruqi & Faruqi LLP
Gardy & Notis LLP
Girard Gibbs LLP

Glancy Prongay & Murray LLP
Grant & Eisenhofer, PA
Hagens Berman Sobol Shapiro LLP
Kahn Swick & Foti LLC
Kaplan Fox & Kilsheimer LLP
Kessler Topaz Meltzer & Check LLP
Kohn Swift & Graf PC
Labaton Sucharow LLP
Levi & Korsinsky LLP
Lowenstein Sandler PC
Milberg Tadler Phillips & Grossman LLP
Motley Rice LLC
Newman Ferrara LLP
Nix Patterson & Roach LLP

Pomerantz LLP
Quinn Emanuel Urquhart & Sullivan, LLP
Robbins Geller Rudman & Dowd LLP
Robins Kaplan LLP
The Rosen Law Firm, PA
Saxena White P.A.
Scott + Scott LLP
Siskinds LLP
Spector Roseman & Kodroff, PC
Strosberg Sasso Sutts LLP
Stull, Stull & Brody
United States Securities & Exchange Commission
Wolf Popper LLP

**People. Partnership. Performance.**
epiqglobal.com

