# Exhibit 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**DECLARATION OF ESA-VILLE YLÄTUPA, CHIEF LEGAL COUNSEL FOR VARMA MUTUAL PENSION INSURANCE COMPANY, IN SUPPORT OF: (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Esa-Ville Ylätupa, hereby declare under penalty of perjury as follows:

1. I am the Chief Legal Counsel for Varma Mutual Pension Insurance Company ("Varma"), one of the Court-appointed Lead Plaintiffs in this securities class action (the "Action").[1] I submit this Declaration in support of (i) Lead Plaintiffs' motion for final approval of Settlement and Plan of Allocation; and (ii) Lead Counsel's motion for attorneys' fees and Litigation Expenses. I have personal knowledge of the matters set forth in this Declaration and, if called upon, I could and would testify competently thereto.

2. Based in Helsinki, Finland, Varma provides pension insurance services. Varma manages the pension savings for approximately 900,000 Finns and, as of March 31, 2021, Varma had roughly EUR 52 billion (approximately USD $62 billion) in assets under management.

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated April 21, 2021 (ECF No. 57-1).

## I. Varma's Oversight of the Action

3. I am aware of and understand the requirements and responsibilities of a lead plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA").

4. By Order dated January 31, 2020, the Court appointed Varma, along with Louisiana Municipal Police Employees' Retirement System, as Lead Plaintiffs in the Action pursuant to the PSLRA. By the same Order, the Court approved Varma's selection of Kessler Topaz Meltzer & Check, LLP ("KTMC") as co-Lead Counsel for the class.

5. Varma, through the active and continuous involvement of myself and my colleague Elli Sistonen, Legal Counsel for Varma, closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action. Varma received periodic status reports from KTMC on case developments and participated in regular discussions with attorneys from KTMC concerning the prosecution of the Action, the strengths of and risks to the claims asserted against Defendants, and potential settlement. In particular, throughout the course of this Action, I: (a) communicated with KTMC by email, telephone calls, and written correspondence regarding the posture and progress of the case; (b) reviewed all significant pleadings and briefs filed in the Action; (c) reviewed and approved the mediation statement prepared in advance of the February 17, 2021 mediation with Gregory Lindstrom, Esq. of Phillips ADR (the "Mediation"); (d) attended the Mediation (which was held remotely) and recommended the approval of the mediator's recommendation to resolve the litigation for $16 million; (e) was updated on the status of settlement discussions concerning the term sheet and confirmatory discovery; and (f) reviewed and approved the final settlement papers submitted with this Declaration.

## II. Varma Strongly Endorses Approval of the Settlement

6. Based on its involvement throughout the prosecution and resolution of the claims asserted in the Action, Varma believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. Varma believes that the Settlement represents a favorable recovery for the Settlement Class, particularly in light of the substantial risks of continuing to prosecute the claims in this case and in recovering a judgment larger than the proposed Settlement. Therefore, Varma strongly endorses approval of the Settlement by the Court.

## III. Varma Supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses

7. While it is understood that the ultimate determination of Lead Counsel's request for attorneys' fees and expenses rests with the Court, Varma believes that Lead Counsel's request for an award of attorneys' fees in the amount of 22% of the Settlement Fund is reasonable in light of the result achieved in the Action, the risks undertaken, and the quality of the work performed by Lead Counsel on behalf of Lead Plaintiffs and the Settlement Class. Lead Counsel's fee request is made in accordance with a retainer agreement entered into between Varma and Lead Counsel at the outset of the litigation. After the agreement to settle the Action was reached, Varma evaluated the fee request by considering the recovery obtained for the Settlement Class in the Action, the risks of the Action and the obstacles to continued litigation and obtaining a larger recovery for the Settlement Class, and its observations of the high-quality work performed by Lead Counsel throughout the litigation, and has authorized this fee request to the Court for its ultimate determination.

8. Varma further believes that Lead Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with its obligation to the class to obtain the best

result at the most efficient cost, Varma fully supports Lead Counsel's motion for attorneys' fees and Litigation Expenses.

9. Varma understands that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA. For this reason, in connection with Lead Counsel's request for reimbursement of Litigation Expenses, Varma seeks reimbursement for the costs and expenses that it incurred directly relating to its representation of the Settlement Class in the Action.

10. My responsibility as Varma's Chief Legal Counsel includes monitoring litigation matters related to the investment portfolio. Additionally, during the course of the Action, I was assisted by Elli Sistonen, Legal Counsel for Varma.

11. The time that Ms. Sistonen and I devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for Varma and, thus, represented a cost to Varma. Varma seeks reimbursement in the amount of $2,598.75 for the time of the following Varma personnel:

| **Personnel** | **Hours** | **Rate²** | **Total** |
|---|---|---|---|
| Esa-Ville Ylätupa | 10 | $87.00 | $870.00 |
| Elli Sistonen | 25 | $69.15 | $1,728.75 |
| | | | |
| **TOTAL:** | 35 | | $2,598.75 |

IV. <u>Conclusion</u>

12. In conclusion, Varma, one of the Court-appointed Lead Plaintiffs for the Settlement Class, was closely involved throughout the prosecution and settlement of the Action, strongly

---

² The hourly rates used for purposes of this request are based on the annual compensation of the respective personnel who worked on this Action. All dollar figures are based on a U.S. dollar/Euro exchange rate of 1 USD / 0.84 Euro.

endorses the Settlement as fair, reasonable, and adequate, and believes it represents a favorable recovery for the Settlement Class in light of the risks of continued litigation. Varma further supports Lead Counsel's motion for attorneys' fees and payment of Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class, the substantial work conducted, and the litigation risks. And finally, Varma requests reimbursement for its expenses under the PSLRA as set forth above. Accordingly, Varma respectfully requests that the Court approve (i) Lead Plaintiffs' motion for final approval of Settlement and Plan of Allocation; and (ii) Lead Counsel's motion for attorneys' fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of Varma.

Executed this 30 th day of June, 2021.

*Esa-Ville Ylätupa*
Esa-Ville Ylätupa
Chief Legal Counsel
Varma Mutual Pension Insurance Company

5