# Exhibit 4

**EXHIBIT 4**

*In re Baxter International Inc. Securities Litigation*,
Case No. 1:19-cv-07786 (N.D. Ill.)

**SUMMARY OF LEAD COUNSEL'S
LODESTAR AND EXPENSES**

| Exh. | FIRM | HOURS | LODESTAR | EXPENSES |
|------|------|-------|----------|----------|
| 3A | Bernstein Litowitz Berger & Grossmann LLP | 1,742.75 | $1,155,162.50 | $42,921.67 |
| 3B | Kessler Topaz Meltxer & Check, LLP | 2,189.10 | $1,147,332.00 | $53,616.70 |
| | **TOTAL:** | **3,931.85** | **$2,302,494.50** | **$96,538.37** |