# Exhibit 5

# EXHIBIT 5

*In re Baxter International Inc. Securities Litigation*,
Case No. 1:19-cv-07786 (N.D. Ill.)

## BREAKDOWN OF ALL EXPENSES BY CATEGORY

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $   850.00 |
| Service of Process | 206.25 |
| On-Line Factual Research | 18,216.22 |
| On-Line Legal Research | 16,248.32 |
| Telephone | 87.13 |
| Postage & Express Mail | 312.19 |
| Document Hosting & Management | 1,004.64 |
| Internal Copying and Printing | 545.00 |
| Working Meals | 161.12 |
| Experts & Consultants | 48,907.50 |
| Mediation Fees | 10,000.00 |
|  |  |
| **TOTAL EXPENSES:** | **$96,538.37** |