# Exhibit 16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NOVATEL WIRELESS SECURITIES LITIGATION | Lead Case No. 08-CV-01689-AJB(RBB) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFFS' EXPENSES PURSUANT TO 15 U.S.C. §78u-4(a)(4) |
| | DATE: June 20, 2014<br>TIME: 3:00 p.m.<br>CTRM: 3B, The Honorable Anthony J. Battaglia |

948969_1

1  THIS MATTER having come before the Court on June 20, 2014, on the motion of Lead Counsel for an award of attorneys' fees and expenses incurred in the Action; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated January 31, 2014 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 27.5% of the Settlement Fund and expenses in an aggregate amount of $1,454,249.34, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution, and resolution of the Action. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation, which are incorporated herein.

5. Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiffs Plumbers & Pipefitters' Local #562 Pension Fund and Western Pennsylvania Electrical

1  Employees Pension Fund are awarded $23,503.99 and $9,019.64, respectively, in
2  reimbursement of their time and expenses in serving on behalf of the Class.
3       IT IS SO ORDERED.
4       DATED:  June 23, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| | & DOWD LLP |
| 2 | JEFFREY D. LIGHT (159515) |
| | DOUGLAS R. BRITTON (188769) |
| 3 | ROBERT R. HENSSLER JR. (216165) |
| | LUCAS F. OLTS (234843) |
| 4 | ERIC I. NIEHAUS (239023) |
| | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101 |
| | Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
| | jeffl@rgrdlaw.com |
| 7 | dougb@rgrdlaw.com |
| | bhenssler@rgrdlaw.com |
| 8 | lolts@rgrdlaw.com |
| | ericn@rgrdlaw.com |

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re NOVATEL WIRELESS SECURITIES LITIGATION | ) ) ) | Lead Case No. 08-CV-01689-AJB(RBB) |
| This Document Relates To: | ) ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) ) | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFFS' EXPENSES PURSUANT TO 15 U.S.C. §78u-4(a)(4) |
| | | DATE: June 20, 2014 |
| | | TIME: 3:00 p.m. |
| | | COURTROOM: 3B, The Honorable Anthony J. Battaglia |

936609_1

## I. INTRODUCTION

Lead Counsel has achieved a settlement that provides for the payment of $16 million for the benefit of the Class consisting of $6 million in cash, Settlement Stock valued at $5 million, and a $5 million note. *See* Stipulation,[1] ¶3.1(a)-(b). Counsel obtained this substantial and certain recovery for the Class, one month before the start of trial, through skill, work, tenacity, and effective advocacy. As compensation for these extensive efforts and the result, Lead Counsel seeks an award of attorneys' fees of 27.5% of the Settlement Fund, plus expenses incurred to prosecute the Action in the amount of $1,454,249.34, plus interest at the same rate and for the same period of time as that earned by the Settlement Fund until paid. Lead Counsel has not been compensated in any way for its five-plus years of effort and its fee has been wholly contingent upon the results it achieved. Its fee and expense request is reasonable and should be approved.

The requested fee is consistent with fees awarded in the Ninth Circuit, and numerous decisions throughout the country, and is the appropriate method of compensating counsel. The amount requested is warranted here in light of the substantial and certain recovery obtained for the Class, the extensive efforts of counsel in obtaining this highly favorable result, and the significant risks in bringing and prosecuting this Action.[2] And importantly, Lead Counsel's request is supported by

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meanings as set forth in the Stipulation of Settlement dated as of January 31, 2014 ("Stipulation"), which was previously filed with the Court (Dkt. No. 508-2).

[2] Submitted herewith in support of approval of the proposed Settlement is the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Distribution of Settlement Proceeds (the "Settlement Brief") and the Declaration of Douglas R. Britton in Support of Lead Plaintiffs' Motion for (1) Final Approval of Class Action Settlement and the Plan of Distribution of Settlement Proceeds, and (2) an Award of Attorneys' Fees and Expenses and Lead Plaintiffs' Expenses Pursuant to 15 U.S.C. §78u-4(a)(4) ("Britton Decl."). The Britton Declaration more fully describes the history of the Action, the claims asserted, the investigation undertaken, the negotiation and substance of the Settlement, the substantial risks of the Action, and the reasonableness of the fee and expense request and the expenses of Lead Plaintiffs. Also submitted herewith is the Declaration of Douglas R. Britton Filed on Behalf of Robbins Geller