# Exhibit 17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN DUNCAN, PETER CAHILL and
CHARLES CAPARELLI, Individually and on
Behalf of All others Similarly Situated,

        Plaintiffs,

  v.                                     Case No. 16-cv-1229-pp

JOY GLOBAL INC., EDWARD L. DOHENY II,
JOHN NILS HANSON, STEVEN L. GERARD,
MARK J. GLIEBE, JOHN T. GREMP, GALE E. KLAPPA,
RICHARD B. LOYND, P. ERIC SIEGERT and
JAMES H. TATE,

        Defendants.

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER FOR REIMBURSEMENT OF REASONABLE COSTS AND EXPENSES INCURRED BY LEAD PLAINTIFFS (DKT. NO. 68) AND AWARDING REIMBURSEMENT OF LEAD PLAINTIFFS' COSTS AND EXPENSES**

The lead plaintiffs filed a motion, asking the court to enter an order reimbursing them for their reasonable costs and expenses. Dkt. No. 68. The court has considered the documents supporting that order, as well as the arguments of counsel for the lead plaintiffs made at the final approval hearing on December 20, 2018 (dkt. nos. 74, 75), and **ORDERS:**

1. All the capitalized terms used in this order have the same meanings as set forth in the Stipulation of Settlement dated May 22, 2018 (dkt. no. 52).

1

2. The court has jurisdiction over the subject matter of this application and all related matters, including all Members of the Class who have not timely and validly requested exclusion.

3. The court **GRANTS** the lead plaintiffs' motion for entry of an order for reimbursement of reasonable costs and expenses. Under 15 U.S.C. §78u-4(a)(4), the court **AWARDS:** (i) Lead Plaintiff Peter Cahill his reasonable costs and expenses (including lost wages) directly related to his representation of the Settlement Class in the amount of $23,000.00; and (ii) Lead Plaintiff Charles Caparelli his reasonable costs and expenses (including wages) directly related to his representation of the Settlement Class in the amount of $2,400.00.

4. The reimbursement awards for the class representatives are to be paid from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation, which terms, conditions, and obligations are incorporated herein.

Dated in Milwaukee, Wisconsin this 27th day of December, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**
