**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**DECLARATION OF WHITNEY B. WEBER REGARDING COMPLIANCE WITH
28 U.S.C. § 1715 (CLASS ACTION FAIRNESS ACT)**

I, Whitney B. Weber, declare as follows:

1.     I am an attorney with the law firm of Latham & Watkins LLP, and counsel of record for Defendants Baxter International Inc. ("Baxter"), José Almeida and James Saccaro ("Defendants"). I am a member in good standing with the State Bar of Illinois and admitted to practice in the Northern District of Illinois. I submit this declaration pursuant to the Court's May 12, 2021 Order Preliminarily Approving Settlement, ECF No. 59 ¶ 10. I have personal knowledge of the facts set forth herein.

2.     On April 1, 2021 Plaintiffs filed a Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice of Settlement. ECF No. 54.

3.     On April 12, 2021, on behalf of Defendants, our law firm sent the notice of the proposed settlement in the above-captioned action, attached hereto as Exhibit 1, to the appropriate

1

state and federal officials, as required by and in compliance with the Class Action Fairness Act, 28 U.S.C. § 1715.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 3rd day of August, 2021 in San Francisco, CA.

_____

Whitney B. Weber

2