# EXHIBIT 1

330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: +1.312.867.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

File No. 036646-0015

## LATHAM&WATKINS LLP

April 12, 2021

**BY FIRST CLASS MAIL**

U.S. Attorney General Merrick B. Garland
Office of the Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715:
         *In re Baxter International, Inc., Securities Litigation*, Case No. 1:19-cv-00786 (N.D. Il.)

To Whom It May Concern:

We represent Baxter International Inc. ("Baxter"), José Almeida, and James Saccaro (together with Baxter, "Defendants") in the above-captioned matter.  Pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendants hereby provide notice of a proposed class action settlement in the above-captioned matter.

The above-captioned matter is a class action brought on behalf of all persons who, between February 21, 2019 and October 23, 2019, inclusive (the "Class Period") purchased or otherwise acquired shares of Baxter's publicly traded common stock (the "Settlement Class," composed of "Settlement Class Members").  Excluded from the Settlement Class are Defendants, any person who was an executive officer or director of Baxter during the Class Period, their Immediate Family members, any affiliates of Baxter, and any persons or entities who or which exclude themselves by submitting a timely and valid request for exclusion that is accepted by the Court.

On April 1, 2021, lead plaintiffs Louisiana Municipal Police Employees' Retirement System and Varma Mutual Pension Insurance Company (together "Lead Plaintiffs") filed an Unopposed Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice of Settlement in the United States District Court for the Northern District of Illinois (the "District Court").  The settlement includes a cash payment of $16 million to be made by Baxter into an interest-bearing escrow account controlled by counsel for Settlement Class Representatives, subject to the Court's authorization, for the benefit of the Settlement Class.  The settlement was reached as a result of arm's-length negotiations, including a mediation before Mr. Gregory P. Lindstrom, Esq. of Phillips ADR, a well-respected and experienced mediator.

April 12, 2021
Page 2

LATHAM&WATKINS LLP

A hearing regarding Lead Plaintiffs' motion for preliminary approval is currently scheduled for April 20, 2021, and as of the date of this CAFA notice, no judicial opinion regarding the settlement or any other papers relating to the settlement has been issued. *See* 28 U.S.C. §§ 1715(b)(2), 1715(b)(8). Any further filings in the above-captioned action will be posted on the electronic filing section of the website for the District Court, which can be accessed at https://www.ilnd.uscourts.gov/CMECF.aspx or via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.ilnd.uscourts.gov. Additional information regarding the settlement will be available on the website maintained by Lead Plaintiffs' counsel and its claims administrator, at www.BaxterSecuritiesLitigation.com.

Enclosed please find a disc, which contains the following materials:

1. The Class Action Complaint filed in the action;

2. Defendants' Motion to Dismiss the Class Action Complaint;

3. Plaintiff's Opposition to Defendants' Motion to Dismiss the Class Action Complaint;

4. Defendants' Reply in Support of its Motion to Dismiss the Class Action Complaint;

5. The Court's Order Dismissing without prejudice the Class Action complaint;

6. Notice of Presentment of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement and Authorization to Disseminate Notice of Settlement, along with the Memorandum in Support, Declaration of Sharan Nirmul and accompanying exhibits, including:

    a. [Proposed] Order Preliminarily Approving Settlement and Providing for Notice (Ex. A);

    b. Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Ex. A-1);

    c. Proof of Claim and Release Form (Ex. A-2);

    d. Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (Ex. A-3);

    e. [Proposed] Order Approving Class Action Settlement (Ex. B);

7. The Hearing for Preliminary Approval of Settlement has not been scheduled yet but will be heard before Honorable Sara Ellis.

Defendants also hereby advise you that contemporaneous with the execution of the Stipulation, the parties executed a Confidential Supplemental Agreement Regarding Requests for Exclusion ("Supplemental Agreement"). The Supplemental Agreement sets forth certain

April 12, 2021
Page 3

LATHAM&WATKINS LLP

conditions under which the Defendants shall have the option to terminate the settlement and render the Stipulation void. The parties have agreed to maintain the confidentiality of the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court. It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]knowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Fed. Judicial. Ctr., Manual for Complex Litigation (4th ed.) § 21.631.

Any correspondence on the proposed settlement should be sent no later than 90 days from the date of this letter to the Office of the Clerk, United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. Copies of any such correspondence should also be sent to the following addresses:

### Counsel for Class Representatives and the Class

Sharan Nirmul, Esq.
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

James A. Harrod, Esq. Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

### Counsel for Defendants

Sean M. Berkowitz, Esq.
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611

If you have any questions about the settlement or the underlying lawsuit, please feel free to contact me.

Best regards,

/s/ Sean Berkowitz
Sean M. Berkowitz
of LATHAM & WATKINS LLP

cc: States' Attorneys General (attached Exhibit A)

# Exhibit A

**Class Action Fairness Act Distribution List
for Notification of Proposed Class Action Settlement**

| Jurisdiction | Address |
|---|---|
| Alabama | Attorney General Steve Marshall<br>Office of the Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| Alaska | Attorney General Treg R. Taylor<br>Office of the Attorney General<br>Alaska Department of Justice<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| Arizona | Attorney General Mark Brnovich<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004 |
| Arkansas | Attorney General Leslie Rutledge<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| California | Attorney General Rob Bonta<br>Office of the Attorney General<br>California Department of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| Colorado | Attorney General Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| Connecticut | Attorney General William Tong<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06106 |

**Class Action Fairness Act Distribution List
for Notification of Proposed Class Action Settlement**

| <u>Jurisdiction</u> | <u>Address</u> |
|---|---|
| Delaware | Attorney General Kathy Jennings<br>Office of the Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| District of Columbia | Attorney General Karl A. Racine<br>Office of the Attorney General<br>441 4th Street, NW<br>Washington, D.C. 20001 |
| Florida | Attorney General Ashley Moody<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Georgia | Attorney General Chris Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Hawaii | Attorney General Clare E. Connors<br>Office of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho | Attorney General Lawrence G. Wasden<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 |
| Illinois | Attorney General Kwame Raoul<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |
| Indiana | Attorney General Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 |

**Class Action Fairness Act Distribution List
for Notification of Proposed Class Action Settlement**

| Jurisdiction | Address |
|---|---|
| Iowa | Attorney General Tom Miller<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| Kansas | Attorney General Derek Schmidt<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 |
| Kentucky | Attorney General Daniel Cameron<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 |
| Louisiana | Attorney General Jeff Landry<br>Office of the Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 |
| Maine | Attorney General Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland | Attorney General Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Massachusetts | Attorney General Maura Healey<br>Office of the Attorney General<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Michigan | Attorney General Dana Nessel<br>Office of the Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 |

**Class Action Fairness Act Distribution List**
**for Notification of Proposed Class Action Settlement**

| Jurisdiction | Address |
|---|---|
| Minnesota | Attorney General Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |
| Mississippi | Attorney General Lynn Fitch<br>Office of the Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 |
| Missouri | Attorney General Eric Schmitt<br>Office of the Attorney General<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Montana | Attorney General Austin Knudsen<br>Office of the Attorney General<br>215 N. Sanders Street, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401 |
| Nebraska | Attorney General Doug Peterson<br>Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 |
| Nevada | Attorney General Aaron Ford<br>Office of the Attorney General<br>Old Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV 89701 |
| New Hampshire | Attorney General Gordon J. MacDonald<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |

**Class Action Fairness Act Distribution List**
**for Notification of Proposed Class Action Settlement**

| Jurisdiction | Address |
|---|---|
| New Jersey | Attorney General Gurbir S. Grewal<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 |
| New Mexico | Attorney General Hector Balderas<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| New York | Attorney General Letitia James<br>Office of the Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224-0341 |
| North Carolina | Attorney General Josh Stein<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| North Dakota | Attorney General Wayne Stenehjem<br>Office of the Attorney General<br>600 E. Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505-0040 |
| Ohio | Attorney General Dave Yost<br>Ohio Attorney General<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Oklahoma | Attorney General Mike Hunter<br>Oklahoma Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Oregon | Attorney General Ellen F. Rosenblum<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |

**Class Action Fairness Act Distribution List**
**for Notification of Proposed Class Action Settlement**

| Jurisdiction | Address |
|---|---|
| Pennsylvania | Attorney General Josh Shapiro<br>Pennsylvania Office of the Attorney General<br>Strawberry Square, 16th Floor<br>Harrisburg, PA 17120 |
| Rhode Island | Attorney General Peter F. Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| South Carolina | Attorney General Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |
| South Dakota | Attorney General Jason Ravnsborg<br>Office of the Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee | Attorney General Herbert Slatery III<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Texas | Attorney General Ken Paxton<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Utah | Attorney General Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |
| Vermont | Attorney General T. J. Donovan<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 |

**Class Action Fairness Act Distribution List
for Notification of Proposed Class Action Settlement**

| Jurisdiction | Address |
|---|---|
| Virginia | Attorney General Mark R. Herring<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |
| Washington | Attorney General Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| West Virginia | Attorney General Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305 |
| Wisconsin | Attorney General Josh Kaul<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Wyoming | Attorney General Bridget Hill<br>Office of the Attorney General<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002 |
| American Samoa | Acting Attorney General Mitzie Jessop Taase<br>Office of the Attorney General<br>Executive Office Building – 3rd Floor, Utulei<br>Pago Pago, American Samoa 96799 |
| Guam | Attorney General Leevin T. Camacho<br>Office of the Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |

**Class Action Fairness Act Distribution List
for Notification of Proposed Class Action Settlement**

| <u>Jurisdiction</u> | <u>Address</u> |
|---|---|
| Puerto Rico | Secretaria de Justicia Domingo Emanuelli<br><br>Oficina de la Secretaria<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Saipan, Commonwealth of the Northern Mariana Islands | Attorney General Edward E. Manibusan<br>Office of the Attorney General<br>Caller Box 10007<br>Saipan, MP 96950-8907 |
| U.S. Virgin Islands | Attorney General Denise N. George<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |