# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. SECURITIES LITIGATION | Case No. 1:19-cv-07786<br><br>District Judge Sara L. Ellis<br><br>Magistrate Judge Jeffrey I. Cummings |

**SUPPLEMENTAL DECLARATION OF OWEN F. SULLIVAN REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, Owen F. Sullivan, declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's April 21, 2021 Minute Order approving Lead Plaintiffs' motion for preliminary approval of Settlement (ECF No. 58) and its May 12, 2021 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 59) (collectively, the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned class action.[1] I submit this declaration as a supplement to my earlier declaration, the Declaration of Owen F. Sullivan Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated July 6, 2021 (the "Initial Mailing Declaration") (ECF No. 66-3). The following statements are based on my personal knowledge and information provided by other Epiq

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings as set forth in the Stipulation and Agreement of Settlement dated as of April 1, 2021 (ECF No. 57-1) (the "Stipulation").

employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

### CONTINUED DISSEMINATION OF THE NOTICE PACKET

2. Since the execution of the Initial Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to requests from potential Settlement Class Members and nominees. Through August 2, 2021, Epiq has disseminated an aggregate of 184,839 Notice Packets to potential Settlement Class Members and nominees.

### CALL CENTER SERVICES AND SETTLEMENT WEBSITE

3. Epiq continues to maintain the toll-free telephone number (1-855-654-0873) and Interactive Voice Recording to accommodate inquiries from potential Settlement Class Members. Epiq also continues to maintain the dedicated website (www.BaxterSecuritiesLitigation.com) to assist potential Settlement Class Members. On July 7, 2021, Epiq posted to the website copies of the papers filed in support of Lead Plaintiffs' motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's motion for attorneys' fees and Litigation Expenses. Epiq will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

### EXCLUSION REQUESTS RECEIVED

4. Pursuant to the Preliminary Approval Order and as set forth in the Notice, Settlement Class Members who wished to be excluded from the Settlement Class were required to request exclusion in writing so that the request was received by no later than July 20, 2021. This deadline has passed.

5. As reported in the Initial Mailing Declaration, as of July 2, 2021, Epiq had received seven (7) requests for exclusion. Since the execution of the Initial Mailing Declaration, Epiq has received twelve (12) additional requests for exclusion. Eight (8) of these requests for exclusion were received on or before the July 20, 2021 deadline and four (4) of the requests for exclusion were received after the July 20, 2021 deadline. Accordingly, Epiq has received a total of nineteen (19) requests for exclusions as of August 2, 2021. A table listing all requests for exclusion received is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 3, 2021, at Beaverton, Oregon.

_Owen F Sullivan_
Owen F. Sullivan

# Exhibit A

1. Paul H. Freedman and
   Patricia A. Freedman Revocable Trust
   Mesa, AZ

2. Frank Pigozzo and
   Dorothy Pigozzo
   Palos Hills, IL

3. Donna L. Hollins and
   Mae Hollins
   Las Vegas, NV

4. Karen Stafford
   Quakers Hill, NSW
   Australia

5. Morris E. Berton
   Golden, CO

6. Nancy S. Rearick Revocable Trust
     UAD 10/14/98
   Nancy S. Rearick, Trustee
   Glastonbury, CT

7. Anita Chocheo, Trustee
   Anita Cocheo Revocable Trust
     U/A 12/27/13
   Mineola, NY

8. William E. Greenlee
   Wappingers Falls, NY

9. Ronald M. Milne
   Seminole, FL

10. Linda M. Khan
    Tampa, FL

11. Geraldine L. Ross, Trustee
      U/A DTD 02/05/07
    Geraldine Ross Declaration Trust
    Wadsworth, IL

12. Peter Lahody
    Vienna, Austria

13. Roger J. Blood
    Sherry J. Blood
    Blood Family Living Trust
      U/A 3/30/17
    Virginia Beach, VA

14. Mary C. Sopkin
    Tampa, FL

15. Melanie Cuschieri
    Zurich, Switzerland

16. Joan E. Kirk
    Warminster, PA

17. Herby R. Doerre and
    Cynthia B. Doerre
    Spring, TX

18. Galli Igor
    Cernusco sul Naviglio, Italy

19. Susan Prasse
    Bethlehem, GA

4