Exhibit A

Deficiency
Letter

Baxter International Inc. Securities Litigation
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 5594
Portland, OR 97228-5594

Website:    www.BaxterSecuritiesLitigation.com
Email:      info@BaxterSecuritiesLitigation.com
Phone:                                855-654-0873

*400488240001247118*
000 0000001 00000000 0001 0002 00029 INS:

Claim Number:        1054

Response Deadline:    November 18, 2021

October 29, 2021

### Notice of Deficient Claim Submission

Dear Claimant:

We received your Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement obtained in the securities class action *In re Baxter International Inc. Securities Litigation,* Case No. 1:19-cv-07786 (N.D. Ill.). We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies within your Claim, you must submit a written response with any required documentation as specified below, postmarked no later than the response deadline printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response deadline set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**PLEASE NOTE:** The Plan of Allocation for the net proceeds of the Settlement, which has been approved by the Court and which is referred to in many of the conditions of deficiency, is set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Settlement Notice"). The Settlement Notice can be viewed on or downloaded from www.BaxterSecuritiesLitigation.com.

**Deficiency:** No Proof of Ending Holdings.

Your Claim indicates that you may have held Baxter common stock after January 21, 2020; however, you did not provide any documentation showing your ending holdings.

**How to Resolve:** You must provide acceptable documentation for your holdings of Baxter common stock as of the close of trading on January 21, 2020. Acceptable documentation will show the possession of the stock on or after this date or the disposition of the stock after this date. Self-generated documents are not acceptable.

**PLEASE NOTE:** If you fail to respond or to the extent your response fails to cure the deficiency, the undocumented shares will be rejected, along with any corresponding transaction(s) according to First-In, First-Out ("FIFO") matching, and these transactions will not be considered in the calculation of your Claim's Recognized Claim amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial claim.

AE4951 v.07



**Please note, even if you cure the noted deficiency(ies), your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible claims presented to the Court for approval.** The method of calculating a Claim to determine if it has a Recognized Claim is described in the Plan of Allocation set forth in Appendix A of the Settlement Notice, which is available at www.BaxterSecuritiesLitigation.com. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to the Claims Administrator at the address printed at the top of this notice, postmarked no later than the response deadline set forth above. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court with financial account numbers and certain other information redacted. **PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.**

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above.

Sincerely,
Claims Administrator

AE4952 v.07