Exhibit B

Status
Email

## Villanova, Alexander

| | |
|---|---|
| **From:** | info_BaxterSecuritiesLitigat <info@BaxterSecuritiesLitigation.com> |
| **Sent:** | Friday, October 29, 2021 9:08 AM |
| **To:** | |
| **Subject:** | Baxter Securities Incomplete Nominee Submission - EMAIL C38 |
| **Attachments:** | BAXTER DEFECT - EMAIL C38 - 10292021.xlsx; Baxter - Nominee Defect Instructions-FINAL.pdf |

RE: Baxter Securities Nominee Claim Submission(s):
RE: Electronic Submission(s) - EMAIL C38:

Response Deadline:     **11/18/2021**

Dear Nominee,

We received your electronic claim(s) ("Claim(s)") that you submitted in connection with the *Baxter Securities*. We have determined, based on our review of your Claim(s), that the Claim(s) is (are) deficient (which is curable) or ineligible for the reason(s) identified in the attached.  In order to resolve the condition(s) within your Claim(s), you must submit a response with any required information as specified in the attached by no later than 20 days from the date of this notice.  **If you fail to respond by the response deadline, or if your response fails to cure the condition(s) identified, the Claim(s) will be rejected to the extent that those conditions remain uncured.  Please note this is the only notice you will receive with respect to this(these) Claim(s).**

The attached spreadsheet(s) lists the Claim(s) in defective status. You must enter a password in order to open and modify the spreadsheet(s). We will provide the password in a follow-up email.

The attached PDF entitled "Nominee Defect Instructions" provides specific directions for addressing the deficiencies for the Claim(s). Please read the instructions and follow them carefully. Make any changes to resolve the deficiencies directly on the attached spreadsheet and return the spreadsheet to us via reply email.

Your Claim(s) must calculate to a Recognized Loss under the Court-approved Plan of Allocation in order to be eligible to be included in the list of eligible Claims presented to the Court for approval.  If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim(s).

To request Court review of your Claim(s), you must send a letter to the Claims Administrator postmarked no later than 20 days from the date of this notice. Your letter must: (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s).  PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim(s) after you submit a response to this notice, please contact us at info@BaxterSecuritiesLitigation.com. More information can also be found at www.BaxterSecuritiesLitigation.com.

Sincerely,

Claims Administrator

1

Baxter Securities
Email: info@BaxterSecuritiesLitigation.com