# Exhibit C

# Transaction Report

Exhibit C - Sample of Transaction Report

| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 | DEFICIENCY REASON 3 | DEFICIENCY REASON 4 |
|---|---|---|---|---|---|---|---|---|
| ███████ | 530001683 | EMAIL C38 | Denied | ███████ | PO | | | |
| ███████ | 530001684 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001685 | EMAIL C38 | Denied | ███████ | ZR | | | |
| ███████ | 530001686 | EMAIL C38 | Denied | ███████ | V | PO | RC | |
| ███████ | 530001687 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001688 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001689 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001690 | EMAIL C38 | Denied | ███████ | PO | | | |
| ███████ | 530001691 | EMAIL C38 | Denied | ███████ | PO | | | |
| ███████ | 530001692 | EMAIL C38 | Denied | ███████ | DV | PO | RC | |
| ███████ | 530001693 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001694 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001695 | EMAIL C38 | Denied | ███████ | PO | | | |
| ███████ | 530001696 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001697 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001698 | EMAIL C38 | Denied | ███████ | O | RC | | |
| ███████ | 530001699 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001700 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001701 | EMAIL C38 | Denied | ███████ | O | | | |
| ███████ | 530001702 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001703 | EMAIL C38 | Denied | ███████ | PO | | | |
| ███████ | 530001704 | EMAIL C38 | Denied | ███████ | PO | RC | | |
| ███████ | 530001705 | EMAIL C38 | Denied | ███████ | PO | RC | | |