Exhibit E - Late But Otherwise Eligible Claims

Baxter Securities Litigation
Late But Otherwise Eligible Claims

Number of Claims: 783
Total Recognized Claim: $5,516,344.78

| Column I (Claim Range 2805 - 530137060) | | Column II (Claim Range 530137061 - 530137618) | | Column III (Claim Range 530137620 - 530137894) | |
|---|---|---|---|---|---|
| Claim Number | Recognized Claim | Claim Number | Recognized Claim | Claim Number | Recognized Claim |
| 2805 | $ 224.22 | 530137061 | $ 247.14 | 530137620 | $ 348.44 |
| 2819 | $ 5,132.16 | 530137062 | $ 1,074.54 | 530137621 | $ 499.60 |
| 2836 | $ 2.88 | 530137063 | $ 509.20 | 530137622 | $ 100.48 |
| 2849 | $ 0.99 | 530137064 | $ 239.30 | 530137623 | $ 327.43 |
| 2852 | $ 108.26 | 530137065 | $ 650.75 | 530137624 | $ 4,472.90 |
| 2853 | $ 48.48 | 530137066 | $ 4,907.81 | 530137625 | $ 125.94 |
| 2860 | $ 12.06 | 530137067 | $ 499.60 | 530137626 | $ 152.80 |
| 2922 | $ 40.96 | 530137068 | $ 1,717.08 | 530137627 | $ 576.10 |
| 2973 | $ 36.24 | 530137069 | $ 130.15 | 530137628 | $ 738.89 |
| 2978 | $ 1.24 | 530137070 | $ 95.72 | 530137629 | $ 3,190.74 |
| 2990 | $ 2.41 | 530137071 | $ 780.90 | 530137630 | $ 2,128.53 |
| 2991 | $ 190.25 | 530137072 | $ 239.30 | 530137631 | $ 330.04 |
| 2995 | $ 59.33 | 530137073 | $ 239.30 | 530137632 | $ 1,347.63 |
| 2996 | $ 43.11 | 530137074 | $ 369.45 | 530137633 | $ 109.14 |
| 3001 | $ 1,837.40 | 530137075 | $ 73.89 | 530137634 | $ 539.45 |
| 3010 | $ 46.40 | 530137076 | $ 309.29 | 530137635 | $ 281.31 |
| 3026 | $ 74.54 | 530137077 | $ 411.45 | 530137636 | $ 608.75 |
| 3027 | $ 3,059.29 | 530137078 | $ 650.75 | 530137637 | $ 247.14 |
| 3028 | $ 96.88 | 530137079 | $ 390.45 | 530137638 | $ 1,074.54 |
| 3039 | $ 106.23 | 530137080 | $ 42.84 | 530137639 | $ 509.20 |
| 3046 | $ 13.57 | 530137081 | $ 163.05 | 530137640 | $ 239.30 |
| 3050 | $ 183.36 | 530137082 | $ 520.60 | 530137641 | $ 650.75 |
| 3051 | $ 16.23 | 530137083 | $ 1,259.49 | 530137642 | $ 4,907.81 |
| 3055 | $ 0.63 | 530137084 | $ 999.19 | 530137643 | $ 499.60 |
| 3058 | $ 224.78 | 530137085 | $ 1,889.24 | 530137644 | $ 1,717.08 |
| 3059 | $ 27.85 | 530137086 | $ 828.12 | 530137645 | $ 130.15 |
| 3060 | $ 213.75 | 530137087 | $ 111.84 | 530137646 | $ 95.72 |
| 3062 | $ 111.28 | 530137088 | $ 390.47 | 530137647 | $ 780.90 |
| 3063 | $ 149.43 | 530137089 | $ 629.75 | 530137648 | $ 239.30 |
| 3064 | $ 152.61 | 530137090 | $ 520.60 | 530137649 | $ 239.30 |
| 3065 | $ 197.12 | 530137091 | $ 608.75 | 530137650 | $ 369.45 |
| 3066 | $ 171.69 | 530137092 | $ 1,649.94 | 530137651 | $ 73.89 |
| 3067 | $ 111.28 | 530137093 | $ 2,409.84 | 530137652 | $ 309.29 |
| 3068 | $ 69.38 | 530137094 | $ 1,410.65 | 530137653 | $ 411.45 |
| 3069 | $ 114.48 | 530137095 | $ 218.20 | 530137654 | $ 650.75 |
| 3070 | $ 124.02 | 530137096 | $ 1,217.48 | 530137655 | $ 390.45 |
| 3071 | $ 403.78 | 530137097 | $ 894.17 | 530137656 | $ 42.84 |
| 3073 | $ 216.20 | 530137098 | $ 238.47 | 530137657 | $ 163.05 |
| 3074 | $ 317.94 | 530137099 | $ 1,301.50 | 530137658 | $ 520.60 |
| 3075 | $ 222.56 | 530137100 | $ 288.45 | 530137659 | $ 1,259.49 |
| 3076 | $ 95.38 | 530137101 | $ 70.69 | 530137660 | $ 999.19 |
| 3077 | $ 38.15 | 530137102 | $ 801.91 | 530137661 | $ 1,889.24 |
| 3078 | $ 581.83 | 530137103 | $ 1,763.00 | 530137662 | $ 828.12 |
| 3079 | $ 260.71 | 530137104 | $ 2,182.90 | 530137663 | $ 111.84 |
| 3080 | $ 197.12 | 530137105 | $ 478.59 | 530137664 | $ 390.47 |
| 3081 | $ 339.40 | 530137106 | $ 1,340.78 | 530137665 | $ 629.75 |
| 3083 | $ 1,234.62 | 530137107 | $ 627.75 | 530137666 | $ 520.60 |
| 3085 | $ 81.47 | 530137108 | $ 351.70 | 530137667 | $ 608.75 |
| 3087 | $ 0.40 | 530137109 | $ 1,389.64 | 530137668 | $ 1,649.94 |
| 3088 | $ 0.43 | 530137110 | $ 130.15 | 530137669 | $ 2,409.84 |
| 3091 | $ 1.02 | 530137111 | $ 890.05 | 530137670 | $ 1,410.65 |
| 3096 | $ 28.04 | 530137112 | $ 86.50 | 530137671 | $ 218.20 |

Baxter Securities Litigation

Late But Otherwise Eligible Claims

| # | Claim | Amount | # | Claim | Amount | # | Claim | Amount |
|---|---|---|---|---|---|---|---|---|
| 53 | 3104 | $ 5.54 | 313 | 530137113 | $ 63.02 | 574 | 530137672 | $ 1,217.48 |
| 54 | 530023608 | $ 8,217.62 | 314 | 530137114 | $ 127.50 | 575 | 530137673 | $ 894.17 |
| 55 | 530023614 | $ 15,902.82 | 315 | 530137115 | $ 53.44 | 576 | 530137674 | $ 238.47 |
| 56 | 530023615 | $ 12,707.00 | 316 | 530137116 | $ 53.44 | 577 | 530137675 | $ 1,301.50 |
| 57 | 530023618 | $ 8,435.77 | 317 | 530137117 | $ 53.44 | 578 | 530137676 | $ 288.45 |
| 58 | 530023619 | $ 16,417.98 | 318 | 530137118 | $ 8.40 | 579 | 530137677 | $ 70.69 |
| 59 | 530023620 | $ 10,491.03 | 319 | 530137119 | $ 8.40 | 580 | 530137678 | $ 801.91 |
| 60 | 530023621 | $ 6,931.87 | 320 | 530137120 | $ 8.40 | 581 | 530137679 | $ 1,763.00 |
| 61 | 530023622 | $ 15,946.71 | 321 | 530137121 | $ 2,469.34 | 582 | 530137680 | $ 2,182.90 |
| 62 | 530023623 | $ 19,591.52 | 322 | 530137122 | $ 239.30 | 583 | 530137681 | $ 478.59 |
| 63 | 530023626 | $ 1,282.32 | 323 | 530137123 | $ 509.20 | 584 | 530137682 | $ 1,340.78 |
| 64 | 530023628 | $ 9,713.99 | 324 | 530137124 | $ 218.29 | 585 | 530137683 | $ 627.75 |
| 65 | 530023629 | $ 16,314.75 | 325 | 530137126 | $ 4,382.44 | 586 | 530137684 | $ 351.70 |
| 66 | 530023630 | $ 1,704.97 | 326 | 530137127 | $ 3,245.74 | 587 | 530137685 | $ 1,389.64 |
| 67 | 530023631 | $ 2,918.56 | 327 | 530137128 | $ 390.45 | 588 | 530137686 | $ 130.15 |
| 68 | 530023632 | $ 27,845.25 | 328 | 530137129 | $ 2,279.69 | 589 | 530137687 | $ 890.05 |
| 69 | 530023634 | $ 5,590.26 | 329 | 530137130 | $ 5,907.00 | 590 | 530137688 | $ 86.50 |
| 70 | 530023635 | $ 18,045.25 | 330 | 530137131 | $ 625.15 | 591 | 530137689 | $ 63.02 |
| 71 | 530023636 | $ 20,319.29 | 331 | 530137133 | $ 1,259.49 | 592 | 530137690 | $ 127.50 |
| 72 | 530023637 | $ 2,147.49 | 332 | 530137134 | $ 2,170.54 | 593 | 530137691 | $ 53.44 |
| 73 | 530023640 | $ 580.56 | 333 | 530137135 | $ 1,910.24 | 594 | 530137692 | $ 53.44 |
| 74 | 530023641 | $ 2,757.10 | 334 | 530137136 | $ 499.60 | 595 | 530137693 | $ 53.44 |
| 75 | 530023642 | $ 2,968.46 | 335 | 530137137 | $ 524.08 | 596 | 530137694 | $ 8.40 |
| 76 | 530023649 | $ 27,500.32 | 336 | 530137138 | $ 390.47 | 597 | 530137695 | $ 8.40 |
| 77 | 530023651 | $ 2,904.34 | 337 | 530137140 | $ 1,280.50 | 598 | 530137696 | $ 8.40 |
| 78 | 530023655 | $ 218.50 | 338 | 530137141 | $ 369.44 | 599 | 530137697 | $ 2,469.34 |
| 79 | 530025901 | $ 26,199.88 | 339 | 530137142 | $ 432.47 | 600 | 530137698 | $ 239.30 |
| 80 | 530025912 | $ 13,699.52 | 340 | 530137143 | $ 439.19 | 601 | 530137699 | $ 509.20 |
| 81 | 530025922 | $ 4,100.00 | 341 | 530137144 | $ 1,540.80 | 602 | 530137700 | $ 218.29 |
| 82 | 530025926 | $ 1,687.14 | 342 | 530137145 | $ 86.50 | 603 | 530137702 | $ 4,382.44 |
| 83 | 530025937 | $ 725.00 | 343 | 530137146 | $ 3,123.60 | 604 | 530137703 | $ 3,245.74 |
| 84 | 530060687 | $ 13,533.75 | 344 | 530137147 | $ 78.09 | 605 | 530137704 | $ 390.45 |
| 85 | 530060691 | $ 1,654.02 | 345 | 530137148 | $ 130.16 | 606 | 530137705 | $ 2,279.69 |
| 86 | 530060697 | $ 795.00 | 346 | 530137149 | $ 481.65 | 607 | 530137706 | $ 5,907.00 |
| 87 | 530060708 | $ 642.00 | 347 | 530137150 | $ 33.42 | 608 | 530137707 | $ 625.15 |
| 88 | 530060712 | $ 1,624.00 | 348 | 530137151 | $ 295.99 | 609 | 530137709 | $ 1,259.49 |
| 89 | 530060713 | $ 10,556.00 | 349 | 530137152 | $ 1,410.65 | 610 | 530137710 | $ 2,170.54 |
| 90 | 530060717 | $ 1,761.47 | 350 | 530137153 | $ 239.30 | 611 | 530137711 | $ 1,910.24 |
| 91 | 530060721 | $ 1,072.96 | 351 | 530137154 | $ 1,019.30 | 612 | 530137712 | $ 499.60 |
| 92 | 530060723 | $ 2,390.00 | 352 | 530137155 | $ 203.29 | 613 | 530137713 | $ 524.08 |
| 93 | 530060727 | $ 3,937.75 | 353 | 530137156 | $ 251.90 | 614 | 530137714 | $ 390.47 |
| 94 | 530060729 | $ 19,665.60 | 354 | 530137157 | $ 3,916.24 | 615 | 530137716 | $ 1,280.50 |
| 95 | 530060735 | $ 2,655.00 | 355 | 530137158 | $ 499.60 | 616 | 530137717 | $ 369.44 |
| 96 | 530060738 | $ 26,186.97 | 356 | 530137159 | $ 2,779.28 | 617 | 530137718 | $ 432.47 |
| 97 | 530060742 | $ 2,777.58 | 357 | 530137160 | $ 1,280.50 | 618 | 530137719 | $ 439.19 |
| 98 | 530060744 | $ 18,955.20 | 358 | 530137161 | $ 759.90 | 619 | 530137720 | $ 1,540.80 |
| 99 | 530060746 | $ 8,422.86 | 359 | 530137162 | $ 756.10 | 620 | 530137721 | $ 86.50 |
| 100 | 530060747 | $ 17,915.75 | 360 | 530137163 | $ 26.03 | 621 | 530137722 | $ 3,123.60 |
| 101 | 530060750 | $ 19,557.93 | 361 | 530137164 | $ 260.30 | 622 | 530137723 | $ 78.09 |
| 102 | 530060753 | $ 4,424.71 | 362 | 530137165 | $ 759.90 | 623 | 530137724 | $ 130.16 |
| 103 | 530060757 | $ 5,128.20 | 363 | 530137166 | $ 260.30 | 624 | 530137725 | $ 481.65 |
| 104 | 530066934 | $ 2,864.53 | 364 | 530137167 | $ 629.75 | 625 | 530137726 | $ 33.42 |
| 105 | 530066935 | $ 32,611.59 | 365 | 530137168 | $ 55.10 | 626 | 530137727 | $ 295.99 |
| 106 | 530067825 | $ 16.04 | 366 | 530137169 | $ 369.45 | 627 | 530137728 | $ 1,410.65 |
| 107 | 530067826 | $ 130.56 | 367 | 530137170 | $ 478.59 | 628 | 530137729 | $ 239.30 |
| 108 | 530067830 | $ 199.58 | 368 | 530137171 | $ 130.15 | 629 | 530137730 | $ 1,019.30 |
| 109 | 530067836 | $ 87.48 | 369 | 530137172 | $ 268.70 | 630 | 530137731 | $ 203.29 |
| 110 | 530067838 | $ 41.64 | 370 | 530137173 | $ 411.45 | 631 | 530137732 | $ 251.90 |
| 111 | 530067844 | $ 68.23 | 371 | 530137174 | $ 119.30 | 632 | 530137733 | $ 3,916.24 |

Baxter Securities Litigation
Late But Otherwise Eligible Claims

| No. | Claim # | Amount | No. | Claim # | Amount | No. | Claim # | Amount |
|---|---|---|---|---|---|---|---|---|
| 112 | 530067848 | $47.80 | 372 | 530137175 | $541.61 | 633 | 530137734 | $499.60 |
| 113 | 530067849 | $65.55 | 373 | 530137176 | $247.14 | 634 | 530137735 | $2,779.28 |
| 114 | 530067855 | $513.79 | 374 | 530137177 | $327.44 | 635 | 530137736 | $1,280.50 |
| 115 | 530067860 | $44.70 | 375 | 530137178 | $999.19 | 636 | 530137737 | $759.90 |
| 116 | 530067870 | $3.96 | 376 | 530137179 | $1,259.49 | 637 | 530137738 | $756.10 |
| 117 | 530067872 | $174.75 | 377 | 530137180 | $608.75 | 638 | 530137739 | $26.03 |
| 118 | 530067876 | $42.77 | 378 | 530137181 | $73.89 | 639 | 530137740 | $260.30 |
| 119 | 530067879 | $30.33 | 379 | 530137182 | $104.04 | 640 | 530137741 | $759.90 |
| 120 | 530067892 | $195.58 | 380 | 530137183 | $629.75 | 641 | 530137742 | $260.30 |
| 121 | 530067902 | $198.90 | 381 | 530137184 | $911.05 | 642 | 530137743 | $629.75 |
| 122 | 530067913 | $55.35 | 382 | 530137185 | $348.45 | 643 | 530137744 | $55.10 |
| 123 | 530067914 | $4.88 | 383 | 530137186 | $608.75 | 644 | 530137745 | $369.45 |
| 124 | 530067916 | $129.55 | 384 | 530137187 | $239.30 | 645 | 530137746 | $478.59 |
| 125 | 530067920 | $39.38 | 385 | 530137188 | $239.30 | 646 | 530137747 | $130.15 |
| 126 | 530067922 | $300.00 | 386 | 530137189 | $629.75 | 647 | 530137748 | $268.70 |
| 127 | 530067923 | $141.61 | 387 | 530137190 | $369.45 | 648 | 530137749 | $411.45 |
| 128 | 530067927 | $220.75 | 388 | 530137191 | $520.60 | 649 | 530137750 | $119.30 |
| 129 | 530067929 | $120.95 | 389 | 530137192 | $299.23 | 650 | 530137751 | $541.61 |
| 130 | 530067933 | $53.47 | 390 | 530137193 | $650.75 | 651 | 530137752 | $247.14 |
| 131 | 530067936 | $83.72 | 391 | 530137194 | $130.15 | 652 | 530137753 | $327.44 |
| 132 | 530067941 | $688.90 | 392 | 530137195 | $47.86 | 653 | 530137754 | $999.19 |
| 133 | 530067942 | $271.40 | 393 | 530137196 | $2,367.83 | 654 | 530137755 | $1,259.49 |
| 134 | 530067945 | $94.64 | 394 | 530137197 | $499.60 | 655 | 530137756 | $608.75 |
| 135 | 530067952 | $63.09 | 395 | 530137198 | $218.29 | 656 | 530137757 | $73.89 |
| 136 | 530067957 | $57.08 | 396 | 530137199 | $239.30 | 657 | 530137758 | $104.04 |
| 137 | 530067960 | $40.19 | 397 | 530137200 | $1,041.20 | 658 | 530137759 | $629.75 |
| 138 | 530067961 | $56.14 | 398 | 530137201 | $774.88 | 659 | 530137760 | $911.05 |
| 139 | 530067966 | $104.55 | 399 | 530137202 | $260.30 | 660 | 530137761 | $348.45 |
| 140 | 530067968 | $101.67 | 400 | 530137203 | $2,258.68 | 661 | 530137762 | $608.75 |
| 141 | 530067971 | $45.60 | 401 | 530137204 | $1,171.35 | 662 | 530137763 | $239.30 |
| 142 | 530067973 | $81.75 | 402 | 530137205 | $23.44 | 663 | 530137764 | $239.30 |
| 143 | 530067979 | $611.83 | 403 | 530137206 | $239.30 | 664 | 530137765 | $629.75 |
| 144 | 530067980 | $123.87 | 404 | 530137207 | $82.67 | 665 | 530137766 | $369.45 |
| 145 | 530067982 | $100.23 | 405 | 530137208 | $663.11 | 666 | 530137767 | $520.60 |
| 146 | 530067983 | $48.12 | 406 | 530137209 | $931.11 | 667 | 530137768 | $299.23 |
| 147 | 530067984 | $149.65 | 407 | 530137210 | $1,540.80 | 668 | 530137769 | $650.75 |
| 148 | 530067986 | $0.34 | 408 | 530137211 | $311.20 | 669 | 530137770 | $130.15 |
| 149 | 530067989 | $189.54 | 409 | 530137212 | $390.45 | 670 | 530137771 | $47.86 |
| 150 | 530067991 | $10.29 | 410 | 530137213 | $178.01 | 671 | 530137772 | $2,367.83 |
| 151 | 530067994 | $8.52 | 411 | 530137214 | $86.50 | 672 | 530137773 | $499.60 |
| 152 | 530067995 | $7.16 | 412 | 530137215 | $239.30 | 673 | 530137774 | $218.29 |
| 153 | 530067999 | $80.03 | 413 | 530137216 | $1,280.50 | 674 | 530137775 | $239.30 |
| 154 | 530068007 | $123.75 | 414 | 530137217 | $499.60 | 675 | 530137776 | $1,041.20 |
| 155 | 530068010 | $119.75 | 415 | 530137218 | $1,280.50 | 676 | 530137777 | $774.88 |
| 156 | 530068019 | $219.03 | 416 | 530137220 | $499.60 | 677 | 530137778 | $260.30 |
| 157 | 530068039 | $119.63 | 417 | 530137221 | $1,020.20 | 678 | 530137779 | $2,258.68 |
| 158 | 530068049 | $397.52 | 418 | 530137222 | $1,364.52 | 679 | 530137780 | $1,171.35 |
| 159 | 530068052 | $188.65 | 419 | 530137223 | $369.45 | 680 | 530137781 | $23.44 |
| 160 | 530068053 | $220.00 | 420 | 530137224 | $520.60 | 681 | 530137782 | $239.30 |
| 161 | 530068054 | $2.50 | 421 | 530137225 | $369.45 | 682 | 530137783 | $82.67 |
| 162 | 530068059 | $79.77 | 422 | 530137226 | $173.81 | 683 | 530137784 | $663.11 |
| 163 | 530068060 | $97.63 | 423 | 530137227 | $302.31 | 684 | 530137785 | $931.11 |
| 164 | 530068061 | $76.26 | 424 | 530137228 | $629.75 | 685 | 530137786 | $1,540.80 |
| 165 | 530068064 | $49.88 | 425 | 530137229 | $1,576.34 | 686 | 530137787 | $311.20 |
| 166 | 530068072 | $16.00 | 426 | 530137230 | $1,280.50 | 687 | 530137788 | $390.45 |
| 167 | 530068073 | $119.86 | 427 | 530137231 | $447.79 | 688 | 530137789 | $178.01 |
| 168 | 530068079 | $17.86 | 428 | 530137232 | $911.05 | 689 | 530137790 | $86.50 |
| 169 | 530068090 | $265.18 | 429 | 530137233 | $3,039.58 | 690 | 530137791 | $239.30 |
| 170 | 530068094 | $141.92 | 430 | 530137234 | $86.50 | 691 | 530137792 | $1,280.50 |

Baxter Securities Litigation
Late But Otherwise Eligible Claims

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 171 | 530068095 | $ | 212.92 | 431 | 530137235 | $ | 260.30 | 692 | 530137793 | $ | 499.60 |
| 172 | 530068099 | $ | 94.56 | 432 | 530137236 | $ | 348.45 | 693 | 530137794 | $ | 1,280.50 |
| 173 | 530068108 | $ | 272.33 | 433 | 530137237 | $ | 243.50 | 694 | 530137796 | $ | 499.60 |
| 174 | 530068118 | $ | 74.21 | 434 | 530137238 | $ | 108.33 | 695 | 530137797 | $ | 1,020.20 |
| 175 | 530068119 | $ | 266.47 | 435 | 530137239 | $ | 1,150.35 | 696 | 530137798 | $ | 1,364.52 |
| 176 | 530068123 | $ | 188.69 | 436 | 530137240 | $ | 130.15 | 697 | 530137799 | $ | 369.45 |
| 177 | 530068124 | $ | 298.66 | 437 | 530137241 | $ | 1,868.23 | 698 | 530137800 | $ | 520.60 |
| 178 | 530068127 | $ | 3,280.28 | 438 | 530137242 | $ | 759.90 | 699 | 530137801 | $ | 369.45 |
| 179 | 530068131 | $ | 630.28 | 439 | 530137244 | $ | 369.44 | 700 | 530137802 | $ | 173.81 |
| 180 | 530068132 | $ | 117.31 | 440 | 530137245 | $ | 1,020.20 | 701 | 530137803 | $ | 302.31 |
| 181 | 530068134 | $ | 293.12 | 441 | 530137246 | $ | 130.15 | 702 | 530137804 | $ | 629.75 |
| 182 | 530068136 | $ | 296.31 | 442 | 530137247 | $ | 1,889.24 | 703 | 530137805 | $ | 1,576.34 |
| 183 | 530068147 | $ | 21.19 | 443 | 530137248 | $ | 369.44 | 704 | 530137806 | $ | 1,280.50 |
| 184 | 530068148 | $ | 139.25 | 444 | 530137249 | $ | 759.90 | 705 | 530137807 | $ | 447.79 |
| 185 | 530068150 | $ | 13.12 | 445 | 530137250 | $ | 738.89 | 706 | 530137808 | $ | 911.05 |
| 186 | 530068151 | $ | 2.55 | 446 | 530137251 | $ | 5,776.85 | 707 | 530137809 | $ | 3,039.58 |
| 187 | 530068154 | $ | 75.46 | 447 | 530137252 | $ | 520.60 | 708 | 530137810 | $ | 86.50 |
| 188 | 530068158 | $ | 266.13 | 448 | 530137253 | $ | 109.14 | 709 | 530137811 | $ | 260.30 |
| 189 | 530068163 | $ | 4.90 | 449 | 530137254 | $ | 773.73 | 710 | 530137812 | $ | 348.45 |
| 190 | 530068165 | $ | 5.07 | 450 | 530137255 | $ | 369.44 | 711 | 530137813 | $ | 243.50 |
| 191 | 530073549 | $ | 4,561.38 | 451 | 530137256 | $ | 239.30 | 712 | 530137814 | $ | 108.33 |
| 192 | 530073550 | $ | 1,758.79 | 452 | 530137257 | $ | 9,313.20 | 713 | 530137815 | $ | 1,150.35 |
| 193 | 530073554 | $ | 21,521.50 | 453 | 530137258 | $ | 2,888.43 | 714 | 530137816 | $ | 130.15 |
| 194 | 530073557 | $ | 13,425.89 | 454 | 530137259 | $ | 411.46 | 715 | 530137817 | $ | 1,868.23 |
| 195 | 530073558 | $ | 1,016,327.42 | 455 | 530137260 | $ | 1,026.80 | 716 | 530137818 | $ | 759.90 |
| 196 | 530073559 | $ | 2,342,912.40 | 456 | 530137261 | $ | 5,390.52 | 717 | 530137820 | $ | 369.44 |
| 197 | 530073562 | $ | 9.60 | 457 | 530137262 | $ | 239.30 | 718 | 530137821 | $ | 1,020.20 |
| 198 | 530136655 | $ | 2,063.97 | 458 | 530137263 | $ | 1,154.47 | 719 | 530137822 | $ | 130.15 |
| 199 | 530136657 | $ | 3,778.77 | 459 | 530137264 | $ | 118.70 | 720 | 530137823 | $ | 1,889.24 |
| 200 | 530136658 | $ | 4,369.34 | 460 | 530137265 | $ | 1,868.69 | 721 | 530137824 | $ | 369.44 |
| 201 | 530136660 | $ | 22,383.45 | 461 | 530137267 | $ | 499.60 | 722 | 530137825 | $ | 759.90 |
| 202 | 530136661 | $ | 5.20 | 462 | 530137268 | $ | 125.95 | 723 | 530137826 | $ | 738.89 |
| 203 | 530136668 | $ | 537.08 | 463 | 530137269 | $ | 915.17 | 724 | 530137827 | $ | 5,776.85 |
| 204 | 530136672 | $ | 8.46 | 464 | 530137270 | $ | 239.30 | 725 | 530137828 | $ | 520.60 |
| 205 | 530136674 | $ | 388.17 | 465 | 530137271 | $ | 1,347.63 | 726 | 530137829 | $ | 109.14 |
| 206 | 530136678 | $ | 2.21 | 466 | 530137272 | $ | 260.30 | 727 | 530137830 | $ | 773.73 |
| 207 | 530136910 | $ | 13,417.57 | 467 | 530137273 | $ | 1,692.09 | 728 | 530137831 | $ | 369.44 |
| 208 | 530136915 | $ | 1,746.50 | 468 | 530137274 | $ | 499.60 | 729 | 530137832 | $ | 239.30 |
| 209 | 530136916 | $ | 4,500.00 | 469 | 530137275 | $ | 8,041.53 | 730 | 530137833 | $ | 9,313.20 |
| 210 | 530136921 | $ | 35,562.22 | 470 | 530137276 | $ | 1,356.84 | 731 | 530137834 | $ | 2,888.43 |
| 211 | 530136922 | $ | 23,523.33 | 471 | 530137277 | $ | 217.47 | 732 | 530137835 | $ | 411.46 |
| 212 | 530136925 | $ | 2,384.31 | 472 | 530137278 | $ | 890.05 | 733 | 530137836 | $ | 1,026.80 |
| 213 | 530136926 | $ | 5,630.31 | 473 | 530137279 | $ | 121.75 | 734 | 530137837 | $ | 5,390.52 |
| 214 | 530136929 | $ | 3,206.85 | 474 | 530137280 | $ | 1,389.64 | 735 | 530137838 | $ | 239.30 |
| 215 | 530136933 | $ | 26,083.60 | 475 | 530137281 | $ | 890.05 | 736 | 530137839 | $ | 1,154.47 |
| 216 | 530136934 | $ | 20,254.92 | 476 | 530137282 | $ | 293.27 | 737 | 530137840 | $ | 118.70 |
| 217 | 530136936 | $ | 213,572.53 | 477 | 530137283 | $ | 247.14 | 738 | 530137841 | $ | 1,868.69 |
| 218 | 530136940 | $ | 18,320.31 | 478 | 530137284 | $ | 108.33 | 739 | 530137843 | $ | 499.60 |
| 219 | 530136941 | $ | 7,132.23 | 479 | 530137285 | $ | 130.16 | 740 | 530137844 | $ | 125.95 |
| 220 | 530136980 | $ | 5,315.75 | 480 | 530137286 | $ | 629.75 | 741 | 530137845 | $ | 915.17 |
| 221 | 530136982 | $ | 13,235.40 | 481 | 530137287 | $ | 2,945.64 | 742 | 530137846 | $ | 239.30 |
| 222 | 530136985 | $ | 34,995.40 | 482 | 530137288 | $ | 1,431.65 | 743 | 530137847 | $ | 1,347.63 |
| 223 | 530136986 | $ | 77,928.62 | 483 | 530137289 | $ | 572.55 | 744 | 530137848 | $ | 260.30 |
| 224 | 530136987 | $ | 66,075.36 | 484 | 530137290 | $ | 239.30 | 745 | 530137849 | $ | 1,692.09 |
| 225 | 530136990 | $ | 62,464.76 | 485 | 530137291 | $ | 121.75 | 746 | 530137850 | $ | 499.60 |
| 226 | 530136995 | $ | 627.62 | 486 | 530137292 | $ | 650.75 | 747 | 530137851 | $ | 8,041.53 |
| 227 | 530136996 | $ | 1,179.20 | 487 | 530137293 | $ | 216.64 | 748 | 530137852 | $ | 1,356.84 |
| 228 | 530136997 | $ | 17,031.87 | 488 | 530137294 | $ | 1,213.91 | 749 | 530137853 | $ | 217.47 |
| 229 | 530136999 | $ | 26,656.17 | 489 | 530137295 | $ | 972.93 | 750 | 530137854 | $ | 890.05 |

Baxter Securities Litigation

Late But Otherwise Eligible Claims

| | | | |
|---|---|---|---|
| 230 | 530137000 | $ | 28,540.14 |
| 231 | 530137001 | $ | 32,460.03 |
| 232 | 530137002 | $ | 19,689.83 |
| 233 | 530137003 | $ | 45,323.10 |
| 234 | 530137005 | $ | 703.29 |
| 235 | 530137006 | $ | 8,776.39 |
| 236 | 530137011 | $ | 22,349.00 |
| 237 | 530137014 | $ | 23,600.00 |
| 238 | 530137015 | $ | 3,431.45 |
| 239 | 530137024 | $ | 2,929.40 |
| 240 | 530137038 | $ | 693.97 |
| 241 | 530137040 | $ | 148.07 |
| 242 | 530137041 | $ | 541.61 |
| 243 | 530137042 | $ | 1,041.20 |
| 244 | 530137044 | $ | 348.44 |
| 245 | 530137045 | $ | 499.60 |
| 246 | 530137046 | $ | 100.48 |
| 247 | 530137047 | $ | 327.43 |
| 248 | 530137048 | $ | 4,472.90 |
| 249 | 530137049 | $ | 125.94 |
| 250 | 530137050 | $ | 152.80 |
| 251 | 530137051 | $ | 576.10 |
| 252 | 530137052 | $ | 738.89 |
| 253 | 530137053 | $ | 3,190.74 |
| 254 | 530137054 | $ | 2,128.53 |
| 255 | 530137055 | $ | 330.04 |
| 256 | 530137056 | $ | 1,347.63 |
| 257 | 530137057 | $ | 109.14 |
| 258 | 530137058 | $ | 539.45 |
| 259 | 530137059 | $ | 281.31 |
| 260 | 530137060 | $ | 608.75 |

| | | | |
|---|---|---|---|
| 490 | 530137296 | $ | 64.67 |
| 491 | 530137297 | $ | 152.50 |
| 492 | 530137298 | $ | 239.30 |
| 493 | 530137299 | $ | 1,330.75 |
| 494 | 530137300 | $ | 300.72 |
| 495 | 530137301 | $ | 390.45 |
| 496 | 530137302 | $ | 2,497.98 |
| 497 | 530137303 | $ | 1,146.23 |
| 498 | 530137304 | $ | 418.10 |
| 499 | 530137305 | $ | 130.15 |
| 500 | 530137306 | $ | 369.45 |
| 501 | 530137307 | $ | 4,609.62 |
| 502 | 530137308 | $ | 2,800.29 |
| 503 | 530137338 | $ | 47.03 |
| 504 | 530137374 | $ | 226.60 |
| 505 | 530137382 | $ | 41.19 |
| 506 | 530137410 | $ | 278.00 |
| 507 | 530137436 | $ | 168.05 |
| 508 | 530137444 | $ | 114.65 |
| 509 | 530137453 | $ | 273.11 |
| 510 | 530137510 | $ | 37.33 |
| 511 | 530137518 | $ | 56.79 |
| 512 | 530137560 | $ | 308.44 |
| 513 | 530137571 | $ | 87.59 |
| 514 | 530137582 | $ | 148.75 |
| 515 | 530137583 | $ | 260.31 |
| 516 | 530137588 | $ | 342.11 |
| 517 | 530137614 | $ | 140.25 |
| 518 | 530137616 | $ | 148.07 |
| 519 | 530137617 | $ | 541.61 |
| 520 | 3105 | | $0.04 |
| 521 | 530137618 | $ | 1,041.20 |

| | | | |
|---|---|---|---|
| 751 | 530137855 | $ | 121.75 |
| 752 | 530137856 | $ | 1,389.64 |
| 753 | 530137857 | $ | 890.05 |
| 754 | 530137858 | $ | 293.27 |
| 755 | 530137859 | $ | 247.14 |
| 756 | 530137860 | $ | 108.33 |
| 757 | 530137861 | $ | 130.16 |
| 758 | 530137862 | $ | 629.75 |
| 759 | 530137863 | $ | 2,945.64 |
| 760 | 530137864 | $ | 1,431.65 |
| 761 | 530137865 | $ | 572.55 |
| 762 | 530137866 | $ | 239.30 |
| 763 | 530137867 | $ | 121.75 |
| 764 | 530137868 | $ | 650.75 |
| 765 | 530137869 | $ | 216.64 |
| 766 | 530137870 | $ | 1,213.91 |
| 767 | 530137871 | $ | 972.93 |
| 768 | 530137872 | $ | 64.67 |
| 769 | 530137873 | $ | 152.50 |
| 770 | 530137874 | $ | 239.30 |
| 771 | 530137875 | $ | 1,330.75 |
| 772 | 530137876 | $ | 300.72 |
| 773 | 530137877 | $ | 390.45 |
| 774 | 530137878 | $ | 2,497.98 |
| 775 | 530137879 | $ | 1,146.23 |
| 776 | 530137880 | $ | 418.10 |
| 777 | 530137881 | $ | 130.15 |
| 778 | 530137882 | $ | 369.45 |
| 779 | 530137883 | $ | 4,609.62 |
| 780 | 530137884 | $ | 2,800.29 |
| 781 | 530137892 | $ | 94,907.18 |
| 782 | 530137893 | $ | 18,020.00 |
| 783 | 530137894 | $ | 95,833.85 |