Exhibit G

Invoices



Baxter Securities Litigation
Invoice Summary

| Fees and Costs from Inception through May 2022 | | |
|---|---|---|
| **Activities** | **Actual to Date** | **Description of Services** |
| Print Expenses (Notice Packets and postcards) | $ 105,778.68 | Print Expenses (Notice Packets, postcards, and publication notice) |
| Call Center Services and Website | $ 24,702.87 | Building an interactive phone system; Minutes of use to Interactive Voice Response module and minutes of use for live agent calls; Building a website; Monthly website hosting cost. |
| Claim Processing and Administration | $ 625,712.00 | All-in per claim fees which cover all hourly time for the administration. Tasks covered include: Reciept and processing of all claims; Claim intake, scanning and OCR; Claims review and verification of documentation; Quality assurance reviews; Processing electronic claims; Answering emails and letters from Settlement Class Members; Project oversight; Case planning, meetings and timelines; Drafting scripts, declarations and notification letters; Reviewing website, phone line and forms; Quality assurance and reviews; Reviewing and providing scripting for questions from Settlement Class Members; Coordinating with Class Counsel; Data Analysis; Coding, quality control and quality assurance of imports, updates and reports; Electronic Claim valdiation; Communicating with Nominees via email and phone to assist with electronic claim filing. |
| Postage and Delivery | $ 50,733.95 | Postage for the Notice Packets, as well as deficiency notices, confirmation of claim postcards and response letters for Settlement Class Member inquiries; Delivery costs for Bulk Shipments of Notice Packets; Fees for maintaining Post Office Box. |
| Copies and Storage | $ 2,331.96 | Photocopies; Box storage for hardcopy documents submitted by Settlement Class Members. |
| Broker Research Reimbursement | $ 67,958.42 | Pass-through invoices from Brokers for researching and providing Settlement Class Member names and addresses for Notice and postage charges for those Brokers who elected to perform the mailing themselves. |
| Tax Fees | $ 73,524.27 | Sales tax; Income tax return for fund. |
| **Invoiced Total as of: 5/30/22** | **$ 950,742.15** | |

| Estimate of Costs to Conduct Initial Distribution | | |
|---|---|---|
| **Activities** | **Estimate** | **Description of Services** |
| Distribution Expenses | $ 8,656.00 | Printing of checks for eligible claims; Bank Fees; Wire/ACH fees; Income tax returns for fund. |
| Call Center Services and Website | $ 8,181.12 | Maintaining interactive phone system; Minutes of use to Interactive Voice Response module and minutes of use for live agent calls regarding distribution; Monthly website hosting cost. |
| Postage and Delivery | $ 13,662.00 | Postage for checks; Fees for maintaining Post Office Box. |
| Copies and Storage | $ 4,910.00 | Photocopies; Box storage for hardcopy documents submitted by Settlement Class Members. |
| Claim Processing | $ 625.00 | All in per claim fee for late claim processing. |
| **Estimate through Initial Distribution** | **$ 36,034.12** | |



# Baxter Securities Litigation

# Distribution Estimate

## Initial Distribution - Estimated Volumes

| | |
|---|---|
| Checks | 20,000 |
| De minimis letters | 800 |
| Percentage of Undeliverables | 10% |
| Reissues | 3,000 |
| Duration | 12 months |

## Detailed Estimate

# Baxter Securities Litigation

| Activity | Unit | Rate | | Volume | Amount | |
|---|---|---|---|---|---|---|
| IVR Minutes of Use | Per Minute | $ | 0.17 | 2,496 | $ | 424.32 |
| Live Agent Minutes of Use | Per Minute | $ | 0.95 | 3,744 | $ | 3,556.80 |
| Reussue Distribution Checks | Per Check | $ | 0.79 | 3,000 | $ | 2,367.00 |
| ACH/Wire Payments | Per Wire | $ | 25 | 175 | $ | 4,375.00 |
| De Minimis Postcard | Per Piece | $ | 0.13 | 15,000 | $ | 1,914.00 |
| Postage - Distribution | Per Piece | $ | 0.49 | 23,800 | $ | 11,662.00 |
| Photocopies | As Incurred | $ | 0.12 | 10,000 | $ | 1,200.00 |
| Delivery | As Incurred | $ | 1.00 | 2,000 | $ | 2,000.00 |
| Box Storage | Per Box/Mo | $ | 3.50 | 1,060 | $ | 3,710.00 |
| Web Hosting | Per Month | $ | 175.00 | 12 | $ | 2,100.00 |
| Claim Processing | Per Claim | $ | 2.50 | 250 | $ | 625.00 |
| IVR Maintenance Fee | Per Month | $ | 175.00 | 12 | $ | 2,100.00 |

**Total Estimated Costs**  **$ 36,034.12**



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

Payment by Wire:
Bank:              Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:          3300483242
SWIFT:            SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | |
|---|---|---|
| Invoice No. | 90542912 | Invoice Date    05/31/2021 |
| Purchase Order No. | | |
| Customer No. | 3000012 | |
| Currency | USD | |
| Contract No. | 40048824 | |
| Contract Description | Baxter Securities | |
| Terms of Payment | Net due in 30 days | |
| Internal Reference No | 40048824 | |

**Comments**

Billing Period: Start to 05/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 13,825 | EA | 0.4200 | 5,806.50 |
| | **Other Expenses** | | | | |
| 90 | PR Newswire Release | 1 | EA | 2,147.2000 | 2,147.20 |
| 100 | Wall Street Journal (1/6-page ad) | 1 | EA | 14,025.0000 | 14,025.00 |
| 120 | Proxy List Notification | 1,139 | EA | 1.4600 | 1,662.94 |
| 130 | Postage | 9,206.400 | DLR | 1.0000 | 9,206.40 |
| 150 | IVR Configuration and Recording | 1 | EA | 2,000.0000 | 2,000.00 |
| 170 | IVR Minutes of Use | 535.150 | EA | 0.1700 | 90.98 |
| 180 | Contact Center (shared) | 828 | MIN | 0.9500 | 786.60 |
| 210 | Website Deployment and Testing | 1 | EA | 2,000.0000 | 2,000.00 |
| 310 | Box Storage | 1 | EA | 3.5000 | 3.50 |
| | **Standard Rates** | | | | |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90542912 | Invoice Date | 05/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: Start to 05/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Hilsoft Billing Rates** | | | | |

| | |
|---|---|
| **Net Amount** | 37,729.12 |
| **Sales Tax** | 765.62 |
| **Total Amount Due** | 38,494.74 |

**Open Items for Contract 40048824 as of 04/21/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

Payment by Wire:
Bank:           Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242
SWIFT:          SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY 10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90551143 | Invoice Date | 06/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**

Billing Period: 06/01/2021 - 06/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 45,586 | EA | 0.4200 | 19,146.12 |
| | **Other Expenses** | | | | |
| 130 | Postage | 23,420.690 | DLR | 1.0000 | 23,420.69 |
| 140 | Delivery Charges | 331.630 | EA | 1.0000 | 331.63 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 1,293.500 | EA | 0.1700 | 219.90 |
| 180 | Contact Center (shared) | 1,344 | MIN | 0.9500 | 1,276.80 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 300 | Photocopy or Image | 629 | PAG | 0.1200 | 75.48 |
| 310 | Box Storage | 5 | EA | 3.5000 | 17.50 |

| | | |
|---|---|---|
| **Net Amount** | | 44,838.12 |
| **Sales Tax** | | 2,004.21 |
| **Total Amount Due** | | 46,842.33 |



CONFIDENTIAL

# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90551143 | Invoice Date | 06/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 06/01/2021 - 06/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40048824 as of 04/21/2022** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90559370 | Invoice Date | 07/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**

Billing Period: 07/01/2021 - 07/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims 1 to 10,000 | 2,558 | EA | 4.7500 | 12,150.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 13,624 | EA | 0.4200 | 5,722.08 |
| | **Other Expenses** | | | | |
| 130 | Postage | 10,319.445 | DLR | 1.0000 | 10,319.45 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 2,067.120 | EA | 0.1700 | 351.41 |
| 180 | Contact Center (shared) | 3,324 | MIN | 0.9500 | 3,157.80 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 729 | EA | 0.1500 | 109.35 |
| 300 | Photocopy or Image | 4,538 | PAG | 0.1200 | 544.56 |
| 310 | Box Storage | 9 | EA | 3.5000 | 31.50 |

----------------------------------------------------------------------------------------------------------------------------

| | **Net Amount** | | | | 32,736.65 |
|---|---|---|---|---|---|



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90559370 | Invoice Date | 07/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 07/01/2021 - 07/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Sales Tax | | | | 1,898.97 |
| | Total Amount Due | | | | 34,635.62 |

-----------------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40048824 as of 04/21/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL

# epiq

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90575274 | Invoice Date | 09/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**

Billing Period: 09/01/2021 - 09/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims 1 to 10,000 | 5,386 | EA | 4.7500 | 25,583.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 133,420 | EA | 0.4200 | 56,036.40 |
| | **Other Expenses** | | | | |
| 130 | Postage | 5,664.180 | DLR | 1.0000 | 5,664.18 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 1,222.600 | EA | 0.1700 | 207.84 |
| 180 | Contact Center (shared) | 1,884 | MIN | 0.9500 | 1,789.80 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 883 | EA | 0.1500 | 132.45 |
| 300 | Photocopy or Image | 4,598 | PAG | 0.1200 | 551.76 |
| 310 | Box Storage | 18 | EA | 3.5000 | 63.00 |

-------------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 90,378.93 |



CONFIDENTIAL

# epiq

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90575274 | Invoice Date | 09/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 09/01/2021 - 09/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Sales Tax** | | | | 8,436.18 |
| | **Total Amount Due** | | | | 98,815.11 |

------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40048824 as of 04/21/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90583512 | Invoice Date | 10/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**
Billing Period: 10/01/2021 - 10/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims 10,001 and up | 64,040 | EA | 4.5000 | 288,180.00 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 2 | EA | 0.4200 | 0.84 |
| | **Other Expenses** | | | | |
| 130 | Postage | 1,220.079 | DLR | 1.0000 | 1,220.08 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 1,179.830 | EA | 0.1700 | 200.57 |
| 180 | Contact Center (shared) | 3,240 | MIN | 0.9500 | 3,078.00 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 121 | EA | 0.1500 | 18.15 |
| 300 | Photocopy or Image | 528 | PAG | 0.1200 | 63.36 |
| 310 | Box Storage | 19 | EA | 3.5000 | 66.50 |
| 330 | Broker/Nominee Fees | 347.500 | DLR | 1.0000 | 347.50 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90583512 | Invoice Date | 10/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 10/01/2021 - 10/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 293,525.00 |
| | **Sales Tax** | | | | 29,546.89 |
| | **Total Amount Due** | | | | 323,071.89 |

**Open Items for Contract 40048824 as of 04/21/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

Payment by Wire:
Bank:          Silicon Valley Bank (Santa Clara, CA)
ABA Routing:   121140399
Acct No:       3300483242
SWIFT:         SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90589817 | Invoice Date | 11/10/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**
Billing Period: 08/01/2021 - 08/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 30 | Claims 1 to 10,000 | 1,166 | EA | 4.7500 | 5,538.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 27 | EA | 0.4200 | 11.34 |
| | **Other Expenses** | | | | |
| 130 | Postage | 517.990 | DLR | 1.0000 | 517.99 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 949.950 | EA | 0.1700 | 161.49 |
| 180 | Contact Center (shared) | 2,070 | MIN | 0.9500 | 1,966.50 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 1,330 | EA | 0.1500 | 199.50 |
| 300 | Photocopy or Image | 3,442 | PAG | 0.1200 | 413.04 |
| 310 | Box Storage | 14 | EA | 3.5000 | 49.00 |
| 330 | Broker/Nominee Fees | 67,610.920 | DLR | 1.0000 | 67,610.92 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90589817 | Invoice Date | 11/10/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Comments**

Billing Period: 08/01/2021 - 08/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 76,818.28 |
| | **Sales Tax** | | | | 631.65 |
| | **Total Amount Due** | | | | 77,449.93 |

**Open Items for Contract 40048824 as of 04/21/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL

# epiQ

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:              Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:          3300483242
SWIFT:            SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90591970 | Invoice Date | 11/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**
Billing Period: 11/01/2021 - 11/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims 10,001 and up | 64,421 | EA | 4.5000 | 289,894.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 1,791 | EA | 0.4200 | 752.22 |
| | **Other Expenses** | | | | |
| 130 | Postage | 24.980 | DLR | 1.0000 | 24.98 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 1,031.820 | EA | 0.1700 | 175.41 |
| 180 | Contact Center (shared) | 1,758 | MIN | 0.9500 | 1,670.10 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 34 | EA | 0.1500 | 5.10 |
| 300 | Photocopy or Image | 80 | PAG | 0.1200 | 9.60 |
| 310 | Box Storage | 18 | EA | 3.5000 | 63.00 |

------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **Net Amount** | | 292,944.91 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90591970 | Invoice Date | 11/30/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 11/01/2021 - 11/30/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Sales Tax | | | | 29,792.79 |
| | Total Amount Due | | | | 322,737.70 |

------------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40048824 as of 04/21/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Payment by Wire:**
Bank:           Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242
SWIFT:          SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90600627 | Invoice Date | 12/31/2021 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**

Billing Period: 12/01/2021 - 12/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims 10,001 and up | 78 | EA | 4.5000 | 351.00 |
| | **Other Expenses** | | | | |
| 130 | Postage | 18.470 | DLR | 1.0000 | 18.47 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 210.320 | EA | 0.1700 | 35.75 |
| 180 | Contact Center (shared) | 840 | MIN | 0.9500 | 798.00 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 10 | EA | 0.1500 | 1.50 |
| 310 | Box Storage | 18 | EA | 3.5000 | 63.00 |

| | | |
|---|---|---|
| **Net Amount** | | 1,617.72 |
| **Sales Tax** | | 36.13 |
| **Total Amount Due** | | 1,653.85 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | |
|---|---|---|
| Invoice No. | 90600627 | |
| Purchase Order No. | | |
| Customer No. | 3000012 | |

| | |
|---|---|
| Invoice Date | 12/31/2021 |

**Comments**

Billing Period: 12/01/2021 - 12/31/2021

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40048824 as of 04/21/2022** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90609592 | Invoice Date | 01/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**

Billing Period: 01/01/2022 - 01/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims 10,001 and up | 220 | EA | 4.5000 | 990.00 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 1 | EA | 0.4200 | 0.42 |
| | **Other Expenses** | | | | |
| 130 | Postage | 6.585 | DLR | 1.0000 | 6.59 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 84.430 | EA | 0.1700 | 14.35 |
| 180 | Contact Center (shared) | 102 | MIN | 0.9500 | 96.90 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 2 | EA | 0.1500 | 0.30 |
| 300 | Photocopy or Image | 18 | PAG | 0.1200 | 2.16 |
| 310 | Box Storage | 18 | EA | 3.5000 | 63.00 |

------------------------------------------------------------------------------------------------------------------------

| | **Net Amount** | | | | 1,523.72 |
|---|---|---|---|---|---|



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90609592 | Invoice Date | 01/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 01/01/2022 - 01/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Sales Tax | | | | 101.77 |
| | **Total Amount Due** | | | | 1,625.49 |

-----------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40048824 as of 04/21/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| **Remit to** | |
| --- | --- |
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| Dept 0286 | Billing questions: call 503-350-5800 |
| PO Box 120286 | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | |

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY 10020-1104

Payment by Wire:
Bank: Silicon Valley Bank (Santa Clara, CA)
ABA Routing: 121140399
Acct No: 3300483242
SWIFT: SVBKUS6S

**Information**

| | | | |
| --- | --- | --- | --- |
| Invoice No. | 90618130 | Invoice Date | 02/28/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**

Billing Period: 02/01/2022 - 02/28/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims 10,001 and up | 7 | EA | 4.5000 | 31.50 |
| | **Notice Print/Mail Fee Schedule** | | | | |
| 60 | 12-Img Notice/8-Img Claim Form in Env | 1 | EA | 0.4200 | 0.42 |
| | **Other Expenses** | | | | |
| 130 | Postage | 1.952 | DLR | 1.0000 | 1.95 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 36.670 | EA | 0.1700 | 6.23 |
| 180 | Contact Center (shared) | 186 | MIN | 0.9500 | 176.70 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 1 | EA | 0.1500 | 0.15 |
| 310 | Box Storage | 18 | EA | 3.5000 | 63.00 |

| | |
| --- | --- |
| **Net Amount** | 629.95 |
| **Sales Tax** | 3.29 |
| **Total Amount Due** | 633.24 |



CONFIDENTIAL

# epiq

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90618130 | Invoice Date | 02/28/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 02/01/2022 - 02/28/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

---------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40048824 as of 04/21/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:                Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:            3300483242
SWIFT:             SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90625788 | Invoice Date | 03/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**
Billing Period: 03/01/2022 - 03/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims 10,001 and up | 87 | EA | 4.5000 | 391.50 |
| | **Other Expenses** | | | | |
| 130 | Postage | 0.975 | DLR | 1.0000 | 0.98 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 86.630 | EA | 0.1700 | 14.73 |
| 180 | Contact Center (shared) | 108 | MIN | 0.9500 | 102.60 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 1 | EA | 0.1500 | 0.15 |
| 310 | Box Storage | 18 | EA | 3.5000 | 63.00 |

| | |
|---|---|
| **Net Amount** | 922.96 |
| **Sales Tax** | 40.15 |
| **Total Amount Due** | 963.11 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90625788 | Invoice Date | 03/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 03/01/2022 - 03/31/2022

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40048824 as of 04/21/2022** | | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| | | | Total: | 946,923.01 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| Dept 0286 | | Billing questions: call 503-350-5800 |
| PO Box 120286 | | or ecabilling@epiqglobal.com |
| Dallas, TX 75312-0286 | | |

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

Payment by Wire:
Bank:        Silicon Valley Bank (Santa Clara, CA)
ABA Routing:    121140399
Acct No:        3300483242
SWIFT:        SVBKUS6S

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90634369 | Invoice Date | 04/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |
| Currency | USD | | |
| Contract No. | 40048824 | | |
| Contract Description | Baxter Securities | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40048824 | | |

**Comments**

Billing Period: 04/01/2022 - 04/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims 10,001 and up | 3 | EA | 4.5000 | 13.50 |
| | **Other Expenses** | | | | |
| 130 | Postage | 0.400 | DLR | 1.0000 | 0.40 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 124.830 | EA | 0.1700 | 21.22 |
| 180 | Contact Center (shared) | 108 | MIN | 0.9500 | 102.60 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 230 | Print/Mail Postcard Acknowledgment | 1 | EA | 0.1500 | 0.15 |
| 310 | Box Storage | 18 | EA | 3.5000 | 63.00 |

| | |
|---|---|
| **Net Amount** | 550.87 |
| **Sales Tax** | 1.40 |
| **Total Amount Due** | 552.27 |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90634369 | Invoice Date | 04/30/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 04/01/2022 - 04/30/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40048824 as of 05/06/2022** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| 04/30/2022 | Invoice | 90634369 | 05/30/2022 | 552.27 | USD |
| | | | Total: | 947,475.28 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
Dept 0286
PO Box 120286
Dallas, TX 75312-0286

Tax ID: 93-1210932

Billing questions: call 503-350-5800
or ecabilling@epiqglobal.com

Payment by Wire:
Bank:            Silicon Valley Bank (Santa Clara, CA)
ABA Routing:     121140399
Acct No:         3300483242
SWIFT:           SVBKUS6S

**Bill-To**

Bernstein Litowitz Berger Grossmann
1251 Avenue of the Americas
New York NY  10020-1104

**Information**

| | |
|---|---|
| Invoice No. | 90642836 |
| Purchase Order No. | |
| Customer No. | 3000012 |
| Currency | USD |
| Contract No. | 40048824 |
| Contract Description | Baxter Securities |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40048824 |

Invoice Date   05/31/2022

**Comments**

Billing Period: 05/01/2022 - 05/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Claims Processing Fee Schedule** | | | | |
| 40 | Claims 10,001 and up | 575 | EA | 4.5000 | 2,587.50 |
| | **Other Expenses** | | | | |
| 130 | Postage | 0.570 | DLR | 1.0000 | 0.57 |
| 160 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 170 | IVR Minutes of Use | 3.420 | EA | 0.1700 | 0.58 |
| 220 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| 310 | Box Storage | 18 | EA | 3.5000 | 63.00 |

| | | |
|---|---|---|
| **Net Amount** | | 3,001.65 |
| **Sales Tax** | | 265.22 |
| **Total Amount Due** | | 3,266.87 |

**Open Items for Contract 40048824 as of 06/07/2022**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 05/31/2021 | Invoice | 90542912 | 06/30/2021 | 38,494.74 | USD |
| 06/30/2021 | Invoice | 90551143 | 07/30/2021 | 46,842.33 | USD |
| 07/31/2021 | Invoice | 90559370 | 08/30/2021 | 34,635.62 | USD |



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90642836 | Invoice Date | 05/31/2022 |
| Purchase Order No. | | | |
| Customer No. | 3000012 | | |

**Comments**

Billing Period: 05/01/2022 - 05/31/2022

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40048824 as of 06/07/2022** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 09/30/2021 | Invoice | 90575274 | 10/30/2021 | 98,815.11 | USD |
| 10/31/2021 | Invoice | 90583512 | 11/30/2021 | 323,071.89 | USD |
| 11/10/2021 | Invoice | 90589817 | 12/10/2021 | 77,449.93 | USD |
| 11/30/2021 | Invoice | 90591970 | 12/30/2021 | 322,737.70 | USD |
| 12/31/2021 | Invoice | 90600627 | 01/30/2022 | 1,653.85 | USD |
| 01/31/2022 | Invoice | 90609592 | 03/02/2022 | 1,625.49 | USD |
| 02/28/2022 | Invoice | 90618130 | 03/30/2022 | 633.24 | USD |
| 03/31/2022 | Invoice | 90625788 | 04/30/2022 | 963.11 | USD |
| 04/30/2022 | Invoice | 90634369 | 05/30/2022 | 552.27 | USD |
| 05/31/2022 | Invoice | 90642836 | 06/30/2022 | 3,266.87 | USD |
| | | | Total: | 950,742.15 | USD |



CONFIDENTIAL