# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Ethan E. Silverman, et al.

                                          Plaintiff,

v.                                                                                 Case No.: 1:19−cv−07786
                                                                                  Honorable Sara L. Ellis

Baxter International Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 19, 2022:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' unopposed motion for approval of distribution plan [75]. No appearance required on 7/21/2022. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.